UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAIGE INTERNATIONAL, INC.          *

    *Plaintiff,*              *

v.                          *      Case No. 14-cv-01244 (JEB)

XL SPECIALTY INSURANCE CO., et al.  *

    *Defendants.*          *

*   *   *   *   *   *   *   *   *   *   *   *   *   *

## MOTION TO STRIKE DEFENDANTS' EXPERT REPORT OF DONALD HARRINGTON ON ELECTRICAL WORK COMPLETION COSTS

Plaintiff Paige International, Inc. ("Paige"), through counsel, pursuant to Federal Rules of Evidence 702 and 703, and the legal principles enunciated by the U.S. Supreme Court in *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) and its progeny, moves the Court to strike the expert report of Donald Harrington. The Report at issue was submitted by defendants XL insurance companies to support offsets asserted by XL against the amounts claimed to be due to Paige in this matter under the XL payment bond. This (the fourth) motion involves a claim of offset for a portion of the monies that XL paid in settlement of the prime contractor's performance bond claim for the cost of the replacement electrical subcontractor.[1]

A copy of the Harrington Report is set forth at BD-1.[2] For ease of reference, that part of the Harrington Report dealing with completion costs is attached hereto as Exhibit A. The Prime Contractor's Performance Bond claim for completion costs, for each of the substitute electrical subcontractor's six invoices, are attached as Plaintiff's Supplemental Exhibits (PSE) 1-6.

---

[1] *Spoiler alert.* At pages 8-10 infra, counsel for plaintiff explains why Harrington's completion costs' claim constitutes "fraud, indeed blatant fraud." Considerable background is necessary to understand why his statistical analysis is a cover for an intent to deceive.

[2] The plaintiff has assembled in a single submission the expert report at issue, the relevant contracts and bonds, and other key documents, entitled "Basic Documents Applicable to All Motions," hereafter BD- __, which was submitted with plaintiff's *Daubert* motion #1.

## Introduction

This matter involves a suit by an unpaid sub-subcontractor to enforce a payment bond issued by the surety defendants on behalf of an insolvent electrical subcontractor which was terminated for default and which was liquidated in bankruptcy. This *Daubert* motion is the fourth of four, each of which addresses the admissibility of the Report submitted by Donald Harrington concerning specific claims asserted as offsets by the surety, against the amount due to the plaintiff under it payment bond claim, for monies paid out by the surety to the prime contractor to settle the prime contractor's performance bond claim.

In its first motion concerning XL's claim of offset for a portion of the monies paid to the prime contractor in reimbursement of the prime's cleanup costs, sections I-IV set forth alternative grounds for excluding the entire Harrington Report, which plaintiff incorporates into this Motion by reference. In the event the entire Report is not excluded, this Motion is directed at the deficiencies in the Report concerning XL's attempt to pass on to the plaintiff sub-subcontractor a part of the prime contractor's costs for electrical work completion costs which the prime contractor asserted, in its performance bond claim, was the joint responsibility of the defaulting electrical subcontractor and XL as its surety.

## Background and Setting

This matter arises out of the construction of the District of Columbia Marriott Marquis Hotel.[3]  The prime contractor was Hensel Phelps Construction Company. The (now defunct) electrical subcontractor was Truland Systems Corporation. The plaintiff, Paige International, Inc., was one of four low-voltage second-tier subcontractors to Truland. The defendants, the XL insurance companies, issued payment and performance bonds on behalf of Truland.

---

[3] A detailed history of the Project is set forth in plaintiff's first *Daubert* motion.

During the course of the Project Truland became insolvent and failed, among other things, to make payments to its subcontractors and suppliers, including Paige. Under its payment bond, XL had pledged to make payment to persons supplying labor and materials to the Project if not paid by Truland. Paige filed a timely claim under the XL payment bond, but XL refused to honor its bond. This case involves a suit by Paige to enforce Truland's payment bond.

Truland's failure to make payment to its subcontractors and suppliers constituted a breach of its subcontract with Hensel Phelps. As a result, Hensel Phelps terminated Truland for default, thereby invoking XL's obligation under its performance bond to complete Truland's work. Upon XL's refusal to honor its bond, Hensel Phelps contracted with a substitute electrical subcontractor (Rosendin Electric). After substantial completion of the substitute electrical subcontractor's work, Hensel Phelps filed a claim against XL to enforce the performance bond, for the extra completion costs it incurred, as well as costs for which Hensel Phelps had issued backcharges to Truland during the Project ("the HP Claim"). XL denied the HP Claim and asserted various defenses.

The XL performance bond incorporated the dispute resolution process in the Hensel Phelps-Truland subcontract, which provided for arbitration.[4] After Hensel Phelps submitted a demand for arbitration and XL filed a counterclaim, the dispute was settled even before an arbitrator could be appointed. The terms of the settlement included XL paying a portion of the HP Claim. The settlement also permitted HP to keep monies it had withheld from Truland.

---

[4] As is apparent from close scrutiny of the HP Claim, Hensel Phelps' demands for cleanup costs, drywall repairs, and extended management costs were frivolous, since it had no evidence to support those claims. In contrast, XL was clearly liable to Hensel Phelps, under the performance bond, for the costs to complete Truland's work. The only issue, had the arbitration between XL and HP proceeded to hearing, would have been the accuracy of Rosendin's invoices, which substantiated Hensel Phelps' costs to complete.

3

The HP Claim asserted a breach by XL of its contractual obligations under its performance bond. Hensel Phelps' damages were based in part on the costs incurred by HP in completing Truland's work. The HP Claim made no effort to identify specific costs that may have been the fault of any of Truland's subcontractors.

After entering into its settlement with Hensel Phelps, in defense of this payment bond suit XL engaged the services of a construction claims consultant, Donald Harrington, whose assigned task was to review the then-settled HP Claim and to "segregate that portion of costs related to low voltage work performed by Paige and its subcontractors" as the basis for an offset against Paige's payment bond claim. HP-1 at 14. The methodology followed by Harrington in undertaking that task was to review each individual part of the HP Claim, identify any work that was in Harrington's judgment "related to low voltage," and then to add up the costs incurred by Hensel Phelps for such work. All such costs were then asserted in Harrington's Report to be the responsibility of the low voltage subcontractors, which he mistakenly thought was just Paige, and thus constituted in his opinion offsets against the amount due from XL to Paige under the XL payment bond.

This *Daubert* motion is the fourth of four, each of which addresses the admissibility of the expert report of Donald Harrington concerning specific claims asserted by XL as offsets to Paige's payment bond claim. This Motion is directed at the deficiencies in the Report concerning XL's $2,539,148 claim of offset for a portion of the electrical work completion costs incurred by Hensel Phelps ("the Completion Costs Claim") as the result of the default termination of Truland.

4

## The Hensel Phelps Claim Against XL For Electrical Work Completion Costs

Since the offset which XL asserts against Paige is derivative of the liability Hensel Phelps asserted against XL in its status as Truland's performance bond surety, the first step in the process of determining whether any such Paige liability exists is an analysis of the HP Completion Costs Claim. That Claim is fundamentally flawed, and inadequate upon which to base an assessment of a portion of the costs thereof to a Truland subcontractor, because it is based on invoices, not payments, and the invoices do not accurately reflect the actual amount of the costs approved and paid by Hensel Phelps to the completion contractor (Rosendin Electric).

The most glaring deficiency in the HP Completion Costs Claim is the failure of whoever assembled the claim to recognize that Invoice # 3 is a re-billing of Invoices ## 1 and 2, plus some additional work by Rosendin subcontractors. This is not something that requires an experienced claims consultant to discover. The deficiency is readily apparent from a comparison between the material and labor costs in Invoice # 3 (PSE-3) and ## 1 and 2 (PSE-1 and PSE-2).

### Comparison: Invoice # 1 and Invoice # 3

A comparison of the supporting data for Rosendin Invoice # 1 and Invoice # 3 demonstrates that Invoice #3 was in part a re-bill of Invoice # 1, with deductions for line items in Invoice # 1 which Hensel Phelps rejected.

By way of background, Rosendin's subcontract with Hensel Phelps was on a "time and materials" basis, so in order to get paid, Rosendin needed to document each item of cost it incurred for materials, and to provide support in the form of daily T & M tickets for its labor costs. Thus the invoices were subject to review and approval of Hensel Phelps.

Invoice # 1 (PSE-1) was for work performed by Rosendin forces and related materials from July 7 to August 17, 2014. The amount if the invoice was $440,000, which included $269,407 for labor, and $103,580 for materials, plus equipment, miscellaneous and overhead.

The charges for materials was supported by 31 invoices (XL02532 to XL02525). The labor portion was supported by 78 T & M tickets (XL02567 to XL02635).

Of the $103,580 for materials, $93,795 was for sets of transmitters and receivers supplied by Rosendin's audio visual subcontractor, AVI-SPL, for which there is no charge for installation in the period covered by Rosendin Invoice #1 (and thus none of the labor billed for Invoice # 1 was related to the AVI-SPL materials). The balance of the materials, in the amount of $9,785, also included numerous items that ordinarily would be expected to be already owned by a contractor, such as hard hats, gloves, vests and two-way radios (and for which payment was subsequently denied by Hensel Phelps, in the re-bill of the same materials in Invoice # 3).

The materials billed in Invoice # 1 (PSE-1) and Invoice # 3 (PSE-3) substantially overlapped, the difference being the line items in #1 that had been rejected by Hensel Phelps. For example, the first invoice listed on Invoice # 3 is for Colony Hardware, in the amount of $556.29. A copy of the supporting invoice for that charge is attached to Invoice # 1. The same is true with respect all approved material charges re-billed by Rosendin to Hensel Phelps in Invoice #3 for the time period covered by Invoice # 1 (July 7 to August 17, 2014). In order to facilitate a comparison, a summary of the vendor invoices billed in Invoice #1 is attached hereto as Exhibit B, and the same for Invoice # 3 is attached as Exhibit C. The comparison requires a bit of jumping around, because Invoice # 1 groups invoices by supplier, and Invoice # 3 lists all of the same invoices, but by date. For example, the last two "vendor" invoices listed on Invoice # 1 are for Shepard Electric, for $347.16 dated July 18, 2014, and for $124.97 for July 28, 2014. The fact that these same invoices were re-billed in Invoice # 3 can be confirmed by looking for the charges by the dates in question for the materials part of that invoice.

There are two very significant differences between the materials billed for in Invoice # 1 and Invoice # 3. First, # 3 deducts from its list of materials the $93,795 for AVI-SPL transmitters and receivers which were not installed during that billing period (and which were billed for separately in Invoice # 3). That deduction leaves a balance for materials included in Invoice # 1 of $9,785. Second, # 3 makes downward adjustments for a portion of the materials charges contained in # 1 which were rejected by Hensel Phelps. The adjustments include a deduction in the amount of $1,170 for the hard hats, gloves, etc. billed by Advanced Safety Equipment, and $3,515 for ADI. Those two deductions leave a balance of materials properly billed under Invoice # 1 of $5,100, of which only one invoice, dated July 8, 2014 for $846 of cat6 cable (a type of low voltage cable), was actually for "low voltage" materials. See PSE-1 at XL02546.

### Donald Harrington's Assessment to "Low Voltage" for Rosendin Invoice # 1

NOW … after all that, *we finally get to the point.* What possible difference does it matter what amount of materials should have been billed by Rosendin in Invoice # 1? What is the significant of the $5,100 number? What is the significance of the $846 number? The answer is that *it makes a critical difference,* amounting to roughly two and a half million dollars, given the truly bizarre methodology followed by Donald Harrington in his determination that Paige International owes XL an offset in the amount of $2,539,148 to reimburse XL for a portion of its payments to Hensel Phelps for electrical completion costs.

The methodology used by Harrington for his $2,539,148 claim of offset is revealed by a close analysis of Harrington Report Exhibit 3, which, for ease of reference, is attached hereto as the last page of Exhibit A to this motion. It takes some calculating to figure out how he reached his numbers, since on the face of his exhibit the calculations are not shown. With the exception of Vendor (materials), the exhibit has two columns for each line item in each invoice – Labor, Equipment, Misc. and Overhead. For each item, the left hand column states the amount billed by

Rosendin, and the middle column for Vendor and the right hand column for the other items has the amount allocated by Harrington to Low Voltage. The far right column under "Vendor" states a percentage, which represents the percentage of low voltage materials to total materials. (For example, 90.55% for Pay Application (Invoice) # 1. If one follows the row across and multiplies the first column by that percentage for each item, the result is the amount deemed by Harrington to be the low voltage portion thereof. For example, for Invoice # 1, the amount shown for total labor is $269,407. The amount shown under labor for "Low Voltage" is $243,956 [90.55% of $269,407].

The objective of Donald Harrington's analysis was to segregate out the amount of "low voltage" work which was included in Hensel Phelps' performance bond claim. The logical way to make that determination for Hensel Phelps' electrical completion costs would have been to review each material invoice and each labor ticket of the substitute electrical subcontractor, Rosendin Electric; identify which ones of those invoices and tickets were potentially low voltage; and then add up the costs. Indeed, had he followed such a procedure, he might have even been able to identify corrective work, if any, that was specifically for Paige International's scope, rather than just low voltage, which was a wholly meaningless number because it applied to several different low-voltage sub-subcontractors. But disregarding that issue for the moment, this was not a situation similar to the three previously-addressed claims, in which Hensel Phelps made "allocations" to multiple subcontractors based on a random formula.

Since Rosendin was paid on a time & materials basis, it was required by contract to document its costs. Very detailed data was contained Rosendin's T & M tickets. Although a few of the Rosendin tickets were illegible, the tickets were supplemented by typed summaries of its tickets. See PSE-7. Further, Rosendin's tickets were supplemented by weekly logs kept by the Hensel Phelps supervisor assigned to oversee Rosendin, which provided an exceptional level of

8

detail showing what Rosendin's workers were doing every day on the job, and the materials they installed. See PSE-8.

The problem faced by Harrington's use of the data for his analysis is that the number for the offset he was hired to support – the actual truth – as reflected in Rosendin's invoices and T & M tickets, would have been so paltry with respect to completion costs as to hardly make the effort worthwhile. Basically what the actual data shows is that very few of the Rosendin invoices show low voltage work. The exercise which Harrington could have performed, analyzing each materials invoice and each T & M ticket supporting Rosendin's invoices, is set forth below. For example, as noted above, for Invoice # 1, the total "low voltage" materials amounts to $846, not the $103,580 that Harrington contends.

In what can only be described as fraud – indeed blatant fraud – Harrington determined that of the $103,580 of *materials* billed by Rosendin in Invoice # 1, $93,795 was related to low voltage, which calculates out to 90.55%.  Then apparently without even looking at the actual data Harrington opines, in addition to $93,795 in materials costs, that "low voltage" is responsible for 90.55% of Rosendin's *labor* costs, which calculates out to $243,956 (90.55% of $269,407).  He then further applies his assessment to 90.55% of Rosendin's "equipment"[5] ($10,097), 90.55% of "Miscellaneous" ($6,968), and 90.55% of Rosendin's overhead ($43,713) – again without actually looking at the supporting data for those items of cost. The upshot of Harrington's "calculations" is an opinion that is not only not based on the actual data, but is directly contrary to such data, and constituted a deliberate attempt to deceive.

---

[5] The "equipment" which Rosendin had on the Marriott Project consisted of pickup trucks assigned by Rosendin to its superintendents and foremen: five Ford 150 trucks, one Ford Supercab, two Dodge Rams and a Chevrolet Equinox, for which Rosendin billed Hensel Phelps $11,150 in Invoice # 1, of which Harrington assessed responsibility to low voltage of 90.55%.

## Donald Harrington's Assessment to "Low Voltage" for Rosendin Invoice # 2

The fraudulent nature of Donald Harrington's total assessment of $398,531 of purported low voltage share of Invoice # 1 is even more blatant for Invoice # 2.

Rosendin Invoice # 2 (PSE-2) was for $603,042, for work performed from August 18 to October 16, 2014 -- $85,188 for material, and $433,086 for labor, of which he assessed 56.57% to low voltage. The main difference between Invoice # 2 and Invoice # 1 is that rather than including copies of the actual supplier invoices themselves as Hensel Phelps did on #1, for #2 Hensel Phelps only included a one-page print-out (XL02638/39) which shows the name of the supplier, Hensel Phelps' vendor number, the supplier's purchase number, the invoice date, invoice number, and the amount of the invoice. See Exhibit D hereto.  Assuming he lacks psychic powers, just how Harrington determined a particular invoice was for low voltage based on the name of the supplier is not disclosed.  Further, there is a discrepancy between the number listed on the invoice ($85,118) and the amount listed for materials in the Harrington Report ($178,984).

Using the same methodology he used for Invoice #1, Harrington determined (without explaining how) that 56.57% of *materials* billed by Rosendin in Invoice # 2 was for low voltage work, and then without any reference to the excellent and detailed data available to him documenting what work was performed by Rosendin's workmen, opines that low voltage is responsible for $244,985 of Rosendin's *labor* costs (56.57% of $433,086), as well as 56.57% of equipment ($10,097), 56.57% of "Miscellaneous" ($13,801) and 56.57% of Rosendin's overhead.

As will be seen in the analysis set forth below concerning the *true* percentage of possible low voltage work by Rosendin, as to invoice # 2, only a very small percentage of Rosendin T & M tickets during that billing period were for low voltage work.

10

### Donald Harrington's Assessment to "Low Voltage" for Rosendin Invoice # 3

Just when you think it can't possibly get worse, it does. The methodology used by Harrington to determine the low voltage percentage of labor for Invoice # 3 is difficult at first to discern, but when understood, demonstrates that it, too, is fraudulent, and involves assessments for labor for Invoice # 3 that is for the exact same labor charges assessed to low voltage in # 1.

First, Harrington somehow determines (again, he does not explain how) that 100% of the Rosendin invoices for *materials* in Invoice # 3 was for low voltage. The labor charges in Invoice # 3 were for $202,426, to which Harrington applies this 100% factor. What he fails to disclose, however, is that for labor costs, Invoice # 3 was a re-bill of Invoice # 1, thus the 100% of labor he assesses for Invoice # 3 is for *the same labor charges* 90.55% of which was already assessed against low voltage in Invoice # 1.

The comparison is takes some study.  Rosendin's labor charges for invoice # 1, attached as Exhibit E, lists labor costs in the amount of $269,407, through August 18, 2014, by employee *name*. Rosendin's labor charges for Invoice # 3 (Exhibit F hereto), in the amount of $202,426, lists the labor charges by *date*, for the same employees, starting at July 1, 2014 and ending on August 13, 2014. The difference is that some of Rosendin's T & M tickets in Invoice # 1 were rejected by Hensel Phelps, and then the approved portion was re-billed in Invoice # 3.

If Harrington had performed his analysis of Rosendin Invoice # 3 based on a review of the T & M tickets for the dates in question, it would have been obvious that they were nearly all the same tickets previously billed in Invoice # 1. Indeed, a mere glance at the relevant dates would have been enough data upon which to discern that Invoice # 3 included a re-bill of #1. Instead, Harrington "assesses" against low voltage $202,426 in labor costs that he had already assessed as part of Invoice # 1. Harrington's Report as to Invoice # 3 is the paper equivalent of Three Card Monty, just using complicated statistical calculations to deliberately hide the truth.

## Donald Harrington's Assessment to "Low Voltage" for Balance of Rosendin Invoices

All of the work on the Project performed by Rosendin itself was billed in Invoices ## 1-3. The balance of Rosendin's invoices (PSE-4 to PSE-6) were for work of its lower-tier subcontractors and their suppliers. The Harrington Report Exhibit 3 (last page of Exhibit A hereto) contains Harrington's "assessments" to low voltage for the remaining Rosendin invoices. Following the same methodology of used for invoices ## 1-3, Harrington somehow determines the percentage of "low voltage" materials to total materials, then applies that percentage to the costs incurred by Rosendin for labor, equipment, etc. For Invoice # 4, the percentage of materials deemed by Harrington to be low voltage was 84.48%; for Invoice # 5, 84.48%; and for Invoice # 6, 93.68%. For each invoice, Harrington then applied the percentage of low voltage he determined for materials to Rosendin's charges for labor, equipment, etc., to arrive at a total assessment against low voltage.

For Invoice # 7, there was no support provided by Hensel Phelps, so Harrington assessed damages as 82.42% of Rosendin's total claim of $76,000, determined as follows:

> *For invoice 7 the average ratio of vendor low voltage work to total vendor costs for invoices 1 through 6 was calculated and applied to the Invoice 7 total amount to arrive at the amount applicable to low voltage work.*

It should also be noted that at no point does Harrington address the amount *paid* by Hensel Phelps to Rosendin. Harrington's entire analysis is based on his review of invoices, which may or may not have been approved and paid by Hensel Phelps. Given that Invoice #3 reveals that Hensel Phelps rejected a portion of Rosendin's billings in Invoice # 1 for both materials and labor, mere invoices do not constitute a reliable foundation for Harrington's assessments to low voltage for Invoices ##3-6.

## The *Actual* Low Voltage Share of the Completion Electrical Subcontractor's Costs

As noted above, the Project record – which Donald Harrington represents in his Report that he reviewed in its entirety – contains exceptionally detailed data which documents exactly what the substitute electrical subcontractor, Rosendin, did every day. There was no reason to estimate the low voltage percentage of labor costs based on a percentage of materials costs, since the actual data for labor costs was available to Harrington for analysis. The only reasonable explanation for Harrington's back-door approach to the purported low voltage portion of Rosendin's costs is that it constituted a deliberate attempt to deceive. Rather than the $2,539,148 which Harrington asserts as the low voltage portion of Rosendin's costs, the data in question demonstrates that the actual number for "low voltage" is miniscule, and further, that any attempt to determine what portion of low voltage, if any, was the responsibility of Paige International would constitute sheer speculation.

### Materials – Rosendin Invoice #1

As noted above, there was one supplier invoice in the 31 invoices attached to the HP Completion Cost Claim for Rosendin Invoice # 1 (PSE-1) which has direct relevance to low voltage: Dominion Electric Supply's invoice # 28823 dated July 8, 2014 (XL02546), was for 5,000 feet of "Cat6Riser," a type of low voltage cable which was installed by Paige as well as by the installers of the "DAS" (wireless communication)[6] and the "Clearsky" (internet platform)[7] systems. The failure of Donald Harrington to recognize that "cat6" is low voltage communications cable suggests a lack of expertise in electrical-related construction.

---

[6] Category 6 coaxial cable, commonly referred to as "Cat6," is a type of low voltage communications cable. See Exhibit B, Charles Paige declaration, attachment 3, to plaintiff's *Daubert* motion # 1, and BD-37, for evidence that Morcom and Paige both installed Cat6 cable.
[7] See BD-37, at XL08691 (references to "UTP Cable Category 6"), XL 08690 (references to "Cat 6 backbone") and XL 08679 (Truland quote, reference to "Cat-6 cabling) as part of the Clearsky Platform.

13

<u>Labor – Rosendin Invoice # 1</u>

Hensel Phelps' substitute electrical subcontractor, Rosendin Electric, kept track of the work that it performed in daily T & M Vouchers, and the Hensel Phelps supervisor assigned to Rosendin kept detailed weekly logs. Those documents reflect the following for Invoice # 1, with low-voltage work (except for fire alarm) highlighted in bold:

July 3, 2014   Mobilization ("Brought to site to help w/ punch list and DV/AV issues")

July 7   **Pulling new cat6 to Room 9-20. Received 5,000' cat6 cable.**

July 8   **DV cable pulls, 9th floor**

July 9   **Pulling cable, cutting holes in rooms on 9th floor, testing data drops**

July 10   **Cat 6 to outlets, 9th floor; cutting holes**

July 11   **Terminating DV cables on 9th floor**

July 12   **Identified rooms with "bad cables" – 10th, 11th, 12th floor**

July 14   **Verification / testing of "re-pulled" cables; started DV work on 10th/11th floors**

July 15   No work due to limited access

July 16   **DV work on 10, 11, 12**

July 18   **Cutting holes, DV work, 10, 11, 12**

July 19   **DV work, 10, 11, 12**

July 20   **Completed replacement of DV cables on 10, 11, 12**

July 21   Reviewed Truland materials

July 22   Fire alarm

July 23   Fire alarm, punch list, lights

July 24   Brought Truland materials to site; walked punch list

July 25   Fire alarm

July 25   Lamp punch list (second crew)

14

| July 26 | Fire alarm |
| July 26 | Lamp punch list |
| July 27 | Fire alarm |
| July 28 | Punch list, IT; lamps |
| July 29 | Punch list; IT testing[8] |
| July 30 | Lamp Punch list; IT Testing |
| July 31 | Punch list; cameras; organizing Truland Material; identified bad cables on 8th floor |
| August 1 | Tied in VAVs; started ballast replacement |
| August 2 | Cat6, Floors 7, 8, 15; Punch list; tracing wires for cameras |
| August 3 | **Cameras** |
| August 3 | Fire Watch; **test cables, installed replacement cables** |
| August 4 | IT Testing; **6-023 and 8-042, installed missing cables and tested** |
| August 4 | Checked all paperwork, voltages, circuits … (illegible) |
| August 5 | FCU wiring; light switch; foyer lights, sorting attic stock |
| August 6 | Alcove lights; FCUs (Fan Coil Units); IT |
| August 7 | Alcove lights; IT, **cameras** |
| August 7 | Supervisory Water Flow; Relays |
| August 8 | Modules; Assistance to Honeywell, alcove lights |
| August 9 | Fire Watch |
| August 10 | Replacing Chandelier Glass |
| August 10 | Fire Watch |
| August 11 | Punch List |

---

[8] Throughout the Project record, IT has been referred to as a communications system installed for the use of AT&T.

August 11    Lighting / Fire Alarm / Fire Watch

August 12    Chandelier Glass; Punch List

August 13    Lighting / Fire Alarm / Fire Watch

August 14    Fire alarm / fans/ smoke dampers; **finished pull between 3rd floor gym and 2nd floor data closet port installed at gym, cat 6 punched down at data rack; elevator cameras**

August 14    Ballroom lighting

August 15    Fire alarm / Fans / Smoke Dampers / Punch List

August 15    Punch list

August 16    IT; Ballasts, Punch List

August 17    Fire Watch

The foregoing reveals that out of 50 crew days which were included in Rosendin Invoice # 1, there were 11 crew days for which a part of Rosendin's labor involved performing replacement of bad cat6 cables. There is nothing in the Rosendin T & M Vouchers identifying which low voltage subcontractor to Truland had installed the cables at issue, or why they required replacement. Further data concerning Rosendin's daily activities was available that could have assisted Harrington to further investigate what was done by Rosendin on the days in question, in the form of highly detailed weekly logs kept by the Hensel Phelps' supervisor assigned to monitor Rosendin's work. See PSE 8. Harrington makes no reference to either Rosendin's T & M tickets or HP's weekly logs in his Report, presumably because they were in direct contradiction to Harrington's "percentage of materials" theory.

Rosendin Invoice # 2 – Materials

The only information provided by Rosendin in support of the materials portion of its Invoice # 2 is a computer print-out showing the name of the vendor, the purchase order and the vendor's invoice, and the dollar amount. See Exhibit D hereto. Whether one could identify which

16

invoices were for low voltage materials just on the basis of the name of the vendor is questionable, given the broad range of electrical materials carried by the large supply houses. The best one could be hope for would be what among construction estimators is a WAG (guess). But be that as it may, Donald Harrington asserts that he somehow determined that 56.57% of those invoices were for low voltage, and therefore, in addition to liability for 56.57% of materials ($101,246), Harrington opined in his Report that low voltage was also liable for 56.57% of Rosendin's labor ($244,985); 56.57% of Rosendin's Ford 150 trucks ($7,947); 56.57% of Rosendin's miscellaneous items ($13,801); and 56.57% of Rosendin's overhead ($26,201).

> Rosendin Invoice # 2 – Labor

A review of Rosendin's daily T & M tickets which were submitted in support of its Invoice # 2 reveals that Donald Harrington's assessment to low voltage of 56.57% of Rosendin's labor was so entirely inaccurate that it constitutes a deliberate misrepresentation:

| | |
|---|---|
| August 18, 2014 | Punch list; install power monitors in jr. ballroom |
| August 19 | Prepared for power monitor installation |
| August 20 | Fire phone, fans, smoke dampers, truck lift, **data punch list work with GTech on cameras** |
| August 20 | Install washers for chandelier glass |
| August 21 | Smoke dampers / fire watch |
| August 21 | Lights, panels, **punch list for cameras working with Gtech** |
| August 22 | Power monitor /fire phone / fire watch |
| August 22 | panels, mirrors, fans, **work on getting 2 data cables from data] closet to room 04-126** |
| August 23 | Fire watch, lights, ballasts, **pull 2 data home runs to room 04-126** |
| August 23 | Illegible ticket, no typed report |
| August 24 | Fire watch |

| | |
|---|---|
| August 25 | Smoke dampers / power monitors |
| August 26 | Power monitors, **Data – testing cables** |
| August 27 | Elevator damper, power monitors, lamps, panels, fire watch |
| August 28 | Elevator damper, power monitors, lamps, punch list, fire watch |
| August 29 | panel inspection, fire doors, fire watch, **Data, pull cat6 for shades in Dahlia room** |
| August 30 | Fire watch |
| September 2 | Cove lights, other lights |
| September 3 | **Re-pulled damaged data cables** |
| September 3 | Illegible ticket, no typed report |
| September 4 | Replaced ballasts |
| September 4 | Illegible ticket, no typed report |
| September 5 | Illegible ticket, no typed report |
| September 5 | Illegible ticket, no typed report |
| Sept. 1 – 7 | Install power monitoring |
| September 8 | Illegible ticket, no typed report |
| September 9 | Power monitors, fire watch |
| September 8 | Illegible ticket, no typed report |
| September 9 | Power monitors; fire watch |
| September 9 | Ballast replacement |
| September 10 | Illegible ticket, no typed report |
| September 11 | Power monitors, fire watch |
| September 11 | **Cameras in elevators** / ballast replacement |
| September 11 | Power monitors, fire watch |
| September 12 | Fire watch |

| | |
|---|---|
| Sept. 15-21 | Power monitors, fire watch |
| September 26 | Punch list, replace ballasts |
| September 27 | Replace ballasts |
| September 29 | Replace ballasts, lamp replacement |
| September 29 | Illegible ticket, no typed report |
| Sept. 29- Oct. 5 | Power monitors, dampers, fire phone, fire watch |
| September 30 | Cove lights, ballasts |
| October 1 | Lamps /ballasts |
| October 2 | Lamps /ballasts |
| October 2 | Lamps/ballasts |
| October 3 | Ballasts |
| October 4 | Lights |
| October 7 | Lights, ballasts |
| Oct. 6- 12 | Fire watch |
| October 12 | Ballasts |
| October 13 | Dimming board for jr. ballroom; ballasts |
| October 14 | Ballasts |
| October 15 | Ballasts |
| October 15 | Trouble shooting water heater, misc. |
| October 16 | Ballasts, punch list |
| October 16 | Installed new lights |

Of the 50 crew days included in Rosendin's labor charges for Invoice # 2, there were 8 entries that related to the work of one or more low voltage sub-subcontractors.

## Harrington's Assessment to Low Voltage for "Direct Costs" of Other Subcontractors

In addition to the offset claimed by XL against Paige's payment bond claim for the costs of the substitute electrical subcontractor, Rosendin, the HP Claim also asserted Truland and XL responsibility for costs in addition to the Rosendin invoices which were incurred by Hensel Phelps. Harrington, at page 17 of his Report, characterizes those costs as "direct" costs for which he assesses responsibility to low voltage. Harrington identifies five sections of the HP Claim, 2.4, 4.2, 4.4, 11.2 and 11.7, for a total assessment against low voltage of for "direct" costs of $20,843 ("the Direct Cost Claim").

The relevant section of the Harrington Report that addresses the Direct Cost Claim, and the relevant documents which Hensel Phelps relied upon for those costs, are assembled in Exhibit G hereto. The sections of the HP Claim which Harrington identifies as being the responsibility of low voltage do not in fact support such a contention:

Section 2.4

Section 2.4 of the HP Claim is for impacts on the millwork subcontractor, Beaubois, allegedly caused by Truland. There is nothing in the documentation that establishes the charges were the responsibility of low voltage or Paige International.

Section 4.2

These are backcharges from Hensel Phelps to Truland and XL related to the planter wall lights, which have nothing to do with low voltage or Paige International.

Section 4.4

Same as 4.2 – planter lights.

Section 11.2

This was a backcharge to Truland for charges by the waterproofing subcontractor in connection with re-installation of planters, for which low voltage and Paige had no responsibility.

20

Section 11.7

This backcharge involves Truland's responsibility for coordination of its subcontractor trades, specifically low voltage testing. Coordination was Truland's responsibility, not its low voltage subcontractors.

**Summary of the Applicable Law**

Pursuant to Rule 702 of the Federal Rules of Evidence and the guidance of the United States Supreme Court in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 589-90 (1993) and related cases, trial courts are required to act as "gatekeepers" who may admit expert testimony only if it is both relevant and reliable.

Under Rule 702, expert testimony is reliable if (1) it is "based upon sufficient facts or data;" (2) it is "the product of reliable principles and methods," and (3) the witness has applied the principles and methods reliably to the facts of the case. *Harris v. Koenig*, 815 F.Supp2d 6, 8 (D.D.C. 2011). The trial judge has "considerable leeway in deciding in a particular case how to go about determining whether particular expert testimony is reliable. *Kumbo Tire Company, Ltd. v. Carmichael*, 526 U.S. 137, 152 (1999).

In all cases, "[t]he trial judge … must find that [the proffered testimony] is properly grounded, well-reasoned and not speculative before it can be admitted. Fed. R. Evid. 702 advisory committee's note (2000 amends).

Expert testimony that rests solely on "subjective belief or supported speculation" is not reliable. *Daubert, supra.* Analytical gaps can make an expert's opinions unreliable and inadmissible. A court may refuse to admit expert testimony if it concludes that "there is simply too great an analytical gap between the data and the opinion proffered." *Groobert v. President and Dirs. of Georgetown Coll.*, 219 F.Supp2d 1, 6 (D.D.C. 2002) (quoting *Gen. Elec. Elec. Co. v. Joiner*, 522 U.S. 136 (1997).

21

In order to allow a court to assess the reliability of the methodology of a proposed expert witness, it is necessary for the expert to demonstrate that he does in fact have a methodology. Simply reviewing a few documents and reaching a series of conclusions do not constitute a methodology. *Chesapeake Climate Action Network v. Export-Import Bank of the United States,* 78 F.Supp3d 208, 219 (D.D.C. 2015).

It is true that pursuant to Fed. R. Evid. 203 that the facts or data upon which an expert bases his or her opinion do not have to be admissible in evidence. There are, however, limits to the data that can properly be used by an expert. In order to be admitted, the facts or data relied upon by an expert must be of a type reasonably relied on by experts in the particular field in forming opinions or inference upon the subject. *See, e.g., Fiorentino v. Rio Mar Assocs.,* 381 F.Supp2d 43 (D. Puerto Rico 2005). With respect to the data which may be properly relied upon by an expert witness, it is fundamental that expert testimony be predicated on facts legally sufficient to provide a basis for the expert's opinion, thus, an expert should not be permitted to give an opinion that is based on conjecture or speculation, from an insufficient evidentiary foundation. *Damon v. Sun Co., Inc.,* 87 F.3d 1467, 1474 (1st Cir. 1996). Expert testimony should be excluded where an expert fails to apply his experience and a reliable methodology. For example, where a witness simply proposes to transmit hearsay to the jury, rather than applying his experience and a reliable methodology, the testimony should be excluded. *U.S. v. Mejia,* 545 F.3d 179, 197 (2nd Cir. 2008). In evaluating the admissibility of expert testimony, the proper focus of the court should be on the methodology or reasoning employed. *Rothe Development, Inc. v. Department of Defense,* 107 F.Supp3d 183, 197 (D.D.C. 2015), citing *Ambrosini v. LaBarraque,* 101 F.3d, 133 (D.C. Cir. 1996).

## ARGUMENT

### I.    INTRODUCTION

The entire Harrington Report suffers from the same deficiencies addressed in plaintiff's first *Daubert* motion, at sections I-IV, which set forth grounds for exclusion of the entire Report. First, Harrington's entire analysis for is based on a claim asserted by Hensel Phelps against XL in its capacity as the Truland's performance bond surety. A claim consists of nothing more than an allegation. A claim document has no more evidentiary value than a Complaint in a lawsuit. A report based on an assumption that the allegations made in a claim are true – with no evidence to back it up – constitutes mere speculation. A claim of offset on the basis of vouching for a mere claim document is too speculative to meet the *Daubert* reliability requirement.

Second, simply adopting the allegations made by Hensel Phelps does not even constitute a "methodology," not to mention a reliable one. It takes no expertise, no judgment, to read a claim document, write up a summary of its contents, and declare the claim valid "because I said so."

Third, proof that a portion of the costs for the HP Electrical Completion Costs were the responsibility of "low voltage" does not establish a claim against the plaintiff, Paige International, since Paige was one of three low-voltage subcontractors to Truland that were installing similar cable.

### II.    THE METHOLOGY USED BY HARRINGTON WAS FRAUDULENT

In the first claim addressed in this series of *Daubert* motions, Hensel Phelps' construction claims consultant, Donald Harrington, was faced with a difficult assignment: to come up with a claim, for a portion of Hensel Phelps' Truland's cleanup and trash removal costs, which his client, XL, could use as an offset against XL's liability to the plaintiff, for which there was no supporting evidence. The exact same situation was presented for second claim, drywall damage and repainting.  Similarly, Harrington vouched for a claim for Hensel Phelps' management costs

that had no evidence to back it up. In each case, Harrington came up a report based on reasonably-sounding statistics: that low voltage was responsible, based on complicated calculations, for 45.2% of the cleanup costs alleged by Hensel Phelps against XL in its capacity as Truland's its surety; that low voltage was responsible, using a similar approach, for 50% of Truland's allocated share of drywall damage; and that low voltage was responsible for 45.5% of Hensel Phelps extended management costs arising out of Truland's default. In each situation, Harrington attempted to create the false appearance of a measured, scientific, statistic's-based approach to underlying data that was wholly speculative and without foundation. There was not a scintilla of evidence, for example, that Paige International was responsible to Truland or Hensel Phelps for single piece of trash removal. There was no evidence that any Paige was at fault for any specific drywall damage. There was overwhelming evidence that the reason Truland was terminated for default, thereby creating the need for a substitute electrical subcontractor which extended the Project and increased Hensel Phelps' costs, was that Truland became insolvent and unable to perform. Given the nature of the data presented to him, there was simply no way that Harrington could have succeeded.

This fourth claim, involving the costs incurred by Hensel Phelps for the substitute electrical subcontractor after Truland was terminated for default, is significantly different in several ways. With respect to the first three claims, XL simply had no evidence to support any claim at all against Truland or XL, what's more "low voltage" or Paige. The exact opposite is true with the Electrical Completion Claim. Indeed, XL had no defense. It is well established in suretyship law that a surety on a performance bond is contractually liable to the person to whom performance was promised (Hensel Phelps, the "obligee") upon default of the principal – without proof of any fault. Thus in order to establish XL's liability under Hensel Phelps' performance bond claim, all that Hensel Phelps had to prove was (1) that XL issued a bond promising that if

24

its principal, Truland, defaulted on its contract to Hensel Phelps that XL would complete Truland's contract with Hensel Phelps at XL's expense (not contested); and that (2) Truland defaulted (not contested). The only proof needed in order to prevail in the arbitration was the amount of Hensel Phelps' costs-to-complete less contract balance due.

The second reason why the Electrical Completion Claim is significantly different from the first three claims is that the underlying data – the costs incurred by the substitute electrical subcontractor, Rosendin – was available to Harrington for his analysis. There was no need for Harrington to come up with creative razzle dazzle, to create an appearance of liability and the appearance of a statistics-based percentage of liability, as he did for the first three claims. All that he needed to do was to plow through each one of Rosendin's invoices – just as undersigned counsel did as set forth above –and identify which ones could have related to low voltage, and then add up the dollar value of the time spent by Rosendin's workers for those entries. If further information was needed as to what Rosendin or any of the Rosendin subcontractors was engaged in, the Hensel Phelps supervisor assigned to Rosendin kept detailed logs. (PSE-8)

Donald Harrington used an approach to come up with percentages of liability on the part of low voltage which was intentionally, deliberately misleading. For invoice #1, there was a grand total of $839 in low voltage materials purchased by Rosendin in support of low voltage, yet he assessed 90.55% of Rosendin's labor costs to low voltage. There were very few materials specifically applicable to low voltage in support of Rosendin Invoice # 2, yet Harrington allocates 56.57% of Rosendin's costs for that invoice to low voltage. Harrington had to have known, based on a cursory review of Rosendin's daily T & M tickets and Hensel Phelps' weekly logs, that there was not so much as a remote possibility that low voltage was responsible for 90.55% of Rosendin's labor (and other) costs for Invoice # 1, or 56.57% of Rosendin's labor (and other) costs for Invoice # 2. Further, he allocates to low voltage for Invoice # 3, which constituted

a re-bill of Invoice # 1 with rejected T & M tickets deleted, 100% of the same labor costs that he allocated to low voltage in Invoice # 1. This approach goes far beyond just being unreliable, and constituted an outright, deliberate attempt at deception.

### III.   CONCLUSION

The fundamental reason why District Courts have been assigned the role of gatekeepers with respect to expert testimony is identified in subpart "a" of Rule 702, which states that a qualified witness may testify in the form of an opinion if his knowledge "will help the trier of fact" to understand the evidence or determine a fact in issue. This "helpfulness" requirement is inherent in the balance of the Rule: testimony that is not based on sufficient data is not helpful; testimony that is not based on reliance principles and methods is not helpful; and if an expert fails to reliably apply his methodology, his or her opinion is not helpful.

With the foregoing in mind, it is readily apparent that the deficiencies in the proposed testimony of Donald Harrington, as reflected in his Report concerning Hensel Phelps' electrical work completion costs, go far, far beyond a mere failure to meet the "helpfulness" bar. "Unhelpful" is neutral. Harrington's completion costs opinion is actually intentionally misleading and fraudulent.

For the multiple reasons stated, the Donald Harrington expert report should be excluded from evidence as based on an inadequate foundation and an unreliable methodology.

Respectfully submitted,

PAIGE INTERNATIONAL, INC.

_____
Philip C. Jones, DC Bar # 196097
JONES & COHEN, LLC
1125 West Street, Suite 200
Annapolis, Maryland 21401
(301) 921-3360
pjones@jonescohenlaw.com

26

## CERTIFICATE OF SERVICE

I hereby certify that on this _13_ day of _March_ , 2016, a copy of the foregoing

document was served, by the Court's ECF system and will be served by hand on counsel for

defendants on March 14, 2014, on the following attorney:

Patrick J. Madigan, Esq.
Pike & Gilliss, LLC
9475 Deereco Road, Suite 300
Timonium, Maryland 21093

Philip C. Jones

# Exhibit A

## (Excerpt From Harrington Report In Support of Offset to Plaintiff's Claim for Costs for Substitute Electrical Subcontractor)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Action No.  14-cv-1244 (JEB)

**Plaintiff:**  PAIGE INTERNATIONAL, INC.                          )
                                                                )
                                                                )
v.                                                                 )
                                                                )
**Defendants:**  XL SPECIALTY INSURANCE COMPANY, INC., et al       )
                                                                )
                                                                )

Case No. 15-cv-00130 (JEB)

**Plaintiff:**  SIGNAL PERFECTION, LTD. d/b/a SPL INTEGRATED       )
SOLUTIONS                                                          )
                                                                )
                                                                )
v.                                                                 )
                                                                )
**Defendants:**  XL SPECIALTY INSURANCE COMPANY, INC., et al       )

EXPERT REPORT OF DONALD HARRINGTON

December 10, 2015

**3) Rosendin Low Voltage Work.**   The additional costs claimed by Hensel Phelps included work performed by Rosendin Electric to complete Truland's contractual obligations following the termination of Truland. Rosendin's costs included vendor costs and its own labor, equipment, miscellaneous items, and related overhead. Key vendors included G Tech Contracting, Communications Engineering, TRS-RENTELCO, and Audio Visual Innovations. Rosendin's effort included low voltage work as well as electrical work.   Rosendin's invoices and backup documentation included numerous references to testing audio visual cables, pulling and repairing fiber, installing new low voltage cable, terminating and testing connectors, testing cable, terminating and testing fiber, and audio visual control testing.

Based on a review and analysis of Rosendin's costs, $2,539,148 was calculated as the amount related to the low voltage work.  Rosendin pay applications, vendor invoices, and related documentation were reviewed. Based on the review of vendor invoices and supporting documentation totaling $1,401,524, at least $1,148,506 was related to the low voltage work performed by the vendors.  Exhibit 2 summarizes Rosendin's invoices.  Invoice 7 in the amount of $76,000 was not segregated into vendor cost and Rosendin costs.  The amount of Rosendin's self-performed work applicable to low voltage work was also calculated.  The ratio of vendor low voltage work to total vendor costs for each pay application was determined and that ratio was applied to Rosendin's labor, equipment, miscellaneous items, and overhead categories for Invoices 1 through 6. For Invoice 7 the average ratio of vendor low voltage work to total vendor costs for Invoices 1 through 6 was calculated and applied to the Invoice 7 total amount to arrive at the amount applicable to low voltage work.  This calculation results in $1,390,642 as the portion of Rosendin's self-performed work related to low voltage work. Attached as Exhibit 3 is a

18

summary of the calculation of the $2,539,148 of cost incurred by Rosendin to correct low voltage work performed by Paige or its subcontractors.

4) **Cleanup Costs.**  The additional costs claimed by Hensel Phelps included job site cleanup services of $968,734. According to Hensel Phelps cleanup was the responsibility of the individual contractors, however, cleanup services were contracted separately throughout the project. Per its "Explanation of Change" included in Section 6.1 of its July 10, 2015 updated claim for additional costs, Hensel Phelps noted that subcontractors including Truland "did not provide manpower for clean up or allow time for their craft to clean up at the end of each day. Most of the work areas were left in a constant state of disorganization and would need to be organized and swept up to provide a safe work environment for all employees."

Cleanup costs are applicable to the low voltage contract work.  Hensel Phelps "Explanation of Change" for Section 6.2 of its updated claim noted "there were direct cleanup costs associated with the cable fix rework" in guest rooms and that a cleaning service contractor "provided final cleaning services multiple times in the same space due to subcontractors going back into finished spaces to perform outstanding punchlist work."

Of the $968,734 of cleanup costs included in Hensel Phelps costs, $41,479 was identified as directly related to low voltage work. For the remaining $927,255 of cleanup costs, the ratio of the total of the low voltage work ($3,260,188) was compared to the total costs incurred ($7,208,275) by Hensel Phelps exclusive of cleanup and Hensel Phelps management costs to arrive at a ratio of 45.2 percent. This 45.2 percent ratio was then applied to the $927,255 of remaining cleanup costs which yields $419,382 of cleanup costs related to low voltage work.  The resulting

Exhibit 3
Marriott Marquis Washington DC
Rosendin Electric Pay Application Summary

| Pay Application | Date | Amount | Amount | Vendor Low Voltage | % | Labor Amount | Labor Low Voltage | Equipment Amount | Equipment Low Voltage | Misc Amount | Misc Low Voltage | Overhead Amount | Overhead Low Voltage | Other Amount | Other Low Voltage | Total Pay Apps | Total Low Voltage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Application 1 | 7/3/2014-8/20/2014 | $ 440,108.99 | $ 103,580.84 | $ 93,795.49 | 90.55% | $ 269,407.31 | $ 243,956.22 | $ 11,150.99 | $ 10,097.55 | $ 7,695.79 | $ 6,968.76 | $ 48,274.06 | $ 43,713.58 | | | $ 440,108.99 | $ 398,531.60 |
| Pay Application 2 | 7/21/2014-10/9/2014 | $ 696,838.40 | $ 178,984.15 | $ 101,246.27 | 56.57% | $ 433,086.96 | $ 244,985.04 | $ 14,049.67 | $ 7,947.50 | $ 24,398.24 | $ 13,601.39 | $ 46,319.38 | $ 26,201.56 | | | $ 696,838.40 | $ 394,181.77 |
| Pay Application 3 | 7/22/2014-12/3/2014 | $ 713,876.34 | $ 390,325.72 | $ 390,685.36 | 100.09% | $ 202,426.43 | $ 202,612.94 | $ 5,331.52 | $ 5,336.43 | $ 29,256.40 | $ 29,283.36 | $ 86,536.27 | $ 86,616.00 | | | $ 713,876.34 | $ 714,534.09 |
| Pay Application 4 | 7/29/2014-3/22/2015 | $ 816,411.13 | $ 441,586.44 | $ 305,481.31 | 69.18% | $ 252,396.16 | $ 174,602.98 | $ 7,518.46 | $ 5,201.13 | $ 27,437.45 | $ 18,980.72 | $ 87,472.62 | $ 60,511.94 | | | $ 816,411.13 | $ 564,778.08 |
| Pay Application 5 | 1/25/2015-4/20/2015 | $ 228,717.26 | $ 126,144.70 | $ 106,571.81 | 84.48% | $ 72,921.94 | $ 61,607.21 | $ 1,917.42 | $ 1,619.91 | $ 3,227.78 | $ 2,726.95 | $ 24,505.42 | $ 20,703.10 | | | $ 228,717.26 | $ 193,228.99 |
| Pay Application 6 | 4/7/2015-6/22/2015 | $ 225,513.55 | $ 160,902.39 | $ 150,726.17 | 93.68% | $ 36,910.70 | $ 34,576.29 | $ 1,260.70 | $ 1,180.97 | $ 2,277.59 | $ 2,133.54 | $ 24,162.17 | $ 22,634.04 | | | $ 225,513.55 | $ 211,251.02 |
| Pay Application 7 | 5/31/2015-7/30/2015 (Projected Costs) | $ 76,000.00 | | | 82.42% | | | | | | | | | $ 76,000.00 | $ 62,642.96 | $ 76,000.00 | $ 62,642.96 |
| TOTAL | | $ 3,197,465.67 | $ 1,401,524.24 | $ 1,148,506.41 | | $ 1,267,149.50 | $ 962,340.70 | $ 41,228.76 | $ 31,383.49 | $ 94,293.25 | $ 73,894.73 | $ 317,269.92 | 260,380.23 | $ 76,000.00 | $ 62,642.96 | $ 3,197,465.67 | $ 2,539,148.51 |

# Exhibit B

## (Excerpt From Rosendin Invoice # 1
## for Cost of Materials Through 8/17/14)



# ROSENDIN ELECTRIC

P.O. Box 49070,
SAN JOSE, CA 95161
408-286-2800

T & M
DESIGN/BUILD
COMMERCIAL
INDUSTRIAL
HIGHWAY

**Bill To:**
HENSEL PHELPS CONSTRUCTION
3333 PENNSY DRIVE
HYATTSVILLE, MD 20785

Invoice No: 119303
Contractor License: 142881-C10

Customer Number: 60098

Description: MARRIOTT MARQUIS
BILL THROUGH 8/17/2014

| Customer PO | Job No. | Job Name | Project Manager | Division | Invoice Date |
|---|---|---|---|---|---|
| 2010064-160025 0 | 511004 | MARRIOTT MARQUIS-901 MASS AVE | Underkoffler, Craig Michael | 31 | 08/22/2014 |

| Line # | Description | Amount | Tax | Line Amount |
|---|---|---|---|---|
| 1 | 1 Labor | $269,407.31 | $0.00 | $269,407.31 |
| | 2 Material | $103,580.84 | $0.00 | $103,580.84 |
| | 3 Equipment | $11,150.99 | $0.00 | $11,150.99 |
| | 4 Miscellaneous | $7,695.79 | $0.00 | $7,695.79 |
| | 5 OH&P | $48,274.06 | $0.00 | $48,274.06 |
| | | Less Retention | | $0.00 |
| | | Subtotal | | $440,108.99 |
| | | Total Amount Due | | $440,108.99 |

'.e all checks payable to: **Rosendin Electric, Inc P.O. Box 49070, SAN JOSE, CA 95161**
ɔu have any questions concerning this invoice please call 408-286-2800

XL02526



Back-P

Rosendin Electric, Inc
Cost Plus Report - Project Invoices by Vendor

Run:   08/21/2014                                         01/01/2006  TO   08/17/2014                          Page 1 of 1

Job   511004          MARRIOTT MARQUIS-901 MASS AVE

| Vendor# | Vendor Name | Invoice Number | Invoice Date | Invoice Amount | PA Date |
|---|---|---|---|---|---|
| 305013 | ABC IMAGING OF WASHINGTON, INC | I-6882947 | 07/14/2014 | 102.79 | 08/03/2014 |
| Vendor Name | ABC IMAGING OF WASHINGTON | | Total | 102.79 | |
| 314 | ADI | RP1N7301 | 07/31/2014 | 2,408.41 | 08/17/2014 |
| Vendor Name | ADI | | Total | 2,408.41 | |
| 306610 | ADVANCE SAFETY EQUIPMENT CO | 50242 | 07/24/2014 | 157.82 | 08/10/2014 |
| Vendor Name | ADVANCE SAFETY EQUIPMENT | | Total | 157.82 | |
| 305761 | COLONY HARDWARE CORPORATION | 347401 | 07/03/2014 | 556.29 | 07/20/2014 |
| 305761 | COLONY HARDWARE CORPORATION | 347402 | 07/07/2014 | 50.34 | 07/20/2014 |
| Vendor Name | COLONY HARDWARE CORPORATI | | Total | 606.63 | |
| 304235 | DOMINION ELECTRIC SUPPLY CO. INC | S102206274.001 | 07/08/2014 | 846.00 | 07/20/2014 |
| 304235 | DOMINION ELECTRIC SUPPLY CO. INC | S102220799.001 | 07/22/2014 | 380.22 | 07/27/2014 |
| 304235 | DOMINION ELECTRIC SUPPLY CO. INC | S102224724.001 | 07/25/2014 | 118.17 | 08/10/2014 |
| 304235 | DOMINION ELECTRIC SUPPLY CO. INC | S102224724.002 | 07/25/2014 | 11.14 | 08/10/2014 |
| 304235 | DOMINION ELECTRIC SUPPLY CO. INC | S102233243.001 | 08/07/2014 | 538.58 | 08/17/2014 |
| Vendor Name | DOMINION ELECTRIC SUPPLY | | Total | 1,894.11 | |
| 2625 | GRAYBAR | 973686229 | 07/16/2014 | 315.45 | 07/20/2014 |
| 2625 | GRAYBAR | 973871676 | 07/25/2014 | 772.42 | 07/27/2014 |
| 2625 | GRAYBAR | 974000601 | 08/01/2014 | 775.04 | 08/17/2014 |
| 2625 | GRAYBAR | 974049017 | 08/05/2014 | 75.40 | 08/17/2014 |
| Vendor Name | GRAYBAR | | Total | 1,938.31 | |
| 305597 | NEFCO CORPORATION | S2275556.001 | 07/15/2014 | 233.03 | 07/20/2014 |
| 305597 | NEFCO CORPORATION | S2275677.001 | 07/15/2014 | 94.36 | 07/27/2014 |
| 305597 | NEFCO CORPORATION | S2276458.001 | 07/17/2014 | 79.84 | 07/27/2014 |
| 305597 | NEFCO CORPORATION | S2278289.001 | 07/22/2014 | 1,170.58 | 07/27/2014 |
| 305597 | NEFCO CORPORATION | S2279814.001 | 07/25/2014 | 180.06 | 08/17/2014 |
| 305597 | NEFCO CORPORATION | S2282199.001 | 07/31/2014 | 22.07 | 08/17/2014 |
| 305597 | NEFCO CORPORATION | S2284127.001 | 08/06/2014 | 385.21 | 08/17/2014 |
| Vendor Name | NEFCO CORPORATION | | Total | 2,165.15 | |
| 304069 | SHEPHERD ELECTRIC SUPPLY | S002126023.001 | 07/18/2014 | 387.16 | 07/27/2014 |
| 304069 | SHEPHERD ELECTRIC SUPPLY | S002129351.001 | 07/28/2014 | 124.97 | 08/10/2014 |
| Vendor Name | SHEPHERD ELECTRIC SUPPLY | | Total | 512.13 | |

Project Total    9,785.35

XL02530

Please remit to:
**Colony Hardware Corporation**
**269 SOUTH LAMBERT RD**
**ORANGE, CT 06477**
Phone: 203-466-5252

# INVOICE

| Number | 347401 |
|---|---|
| Page | 1 |
| Date | 07/03/14 |
| | Route M82 |

| Bill To: | D2540 | Ship To: | 51100 |
|---|---|---|---|
| ROSENDIN ELECTRIC | | ROSENDIN ELECTRIC | |
| ATTENTION: ACCOUNTS PAYABLE | | 929 L ST N.W. | |
| P.O. BOX 49070 | | WASHINGTON, DC 20001 | |
| SAN JOSE, CA 95161 | | | |
| | | Attn: LYLE JONES | |

| Customer P.O. | Ordered | Shipped | Salesperson | Doc No | Whi | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| 511004-2000 | 07/03/14 | 07/03/14 | 406 JACK TWOHI | 446765 | 30 | OUR TRUCK | 2% BY 10TH N 30 |

**Ordered By**   LYLE JONES

**Job Name**

| Item / Description | Catalog | Ordered | Shipped | BackOrder | UM | Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|
| 175 | 140520 | 6 | 6 | 0 | EA | 13.93 | EA | 83.58 |
| 2" WIDE BRASS COMBO LOCK | | | | | | | | |
| SW-5 | 250504 | 1 | 1 | 0 | BX | 8.14 | BX | 8.14 |
| SWEATSHIRT RAGS 5LB/BX | | | | | | | | |
| 430GRE | 121086 | 1 | 1 | 0 | EA | 27.46 | EA | 27.46 |
| 210# POLY LINE - 6500 FT. | | | | | | | | |
| 37955 | | | | | | | | |
| FTS438-240 | 121052 | 2 | 2 | 0 | EA | 69.00 | EA | 138.00 |
| 240'x 1/8' GREENLEE STEEL FISH TAPE | | | | | | | | |
| AL14-120-0-C | 140898 | 5 | 5 | 0 | PK | 18.21 | PK | 91.05 |
| 14" UV BLACK NYLON CABLE TIE 100/PK | | | | | | | | |
| 15-206 | 116546 | 2 | 2 | 0 | EA | 5.25 | EA | 10.50 |
| WALLBOARD SAW - 6" | | | | | | | | |
| LCI-300 | 260257 | 6 | 6 | 0 | EA | 7.77 | EA | 46.62 |
| STI INTUMESCENT FIRESTOP SEALANT 10oz CARTRIDGE | | | | | | | | |
| MBHR1/4 | 103924 | 10 | 10 | 0 | EA | 2.88 | EA | 28.80 |
| 27690 MAGNETIC BIT HOLDER 2-7/8" | | | | | | | | |
| 250PB2 | 103901 | 10 | 10 | 0 | EA | .28 | EA | 2.80 |
| 2PT 1" PHILLIPS INSERT BIT | | | | | | | | |
| 34-WH-66 | 121448 | 2 | 2 | 0 | EA | 1.18 | EA | 2.36 |
| WHITE ELECTRICAL CODING TAPE 3/4"X66' | | | | | | | | |
| 602 | 121228 | 20 | 20 | 0 | EA | .55 | EA | 11.00 |
| 3/4" X 60' PVC ELECTRICAL TAPE BLACK | | | | | | | | |
| 41001-B | 118252 | 2 | 2 | 0 | EA | 9.51 | EA | 19.02 |
| WEXFORD STANDARD 10.3 OZ. CAULK GUN | | | | | | | | |
| 11422GRE | 121054 | 0 | 0 | 0 | EA | 47.60 | EA | .00 |
| GLO STIX KIT | | | | | | | | |

| **No returns will be allowed without authorization.** | Merchandise | Tax | Freight | Total Due |
|---|---|---|---|---|
| | | | | CONTINUED |

XL02541

Please remit to:
**Colony Hardware Corporation**
**269 SOUTH LAMBERT RD**
**ORANGE, CT 06477**
**Phone: 203-466-5252**

# INVOICE

| Number | 347401 |
|---|---|
| Page | 2 |
| Date | 07/03/14 Route M82 |

| Bill To: | D2540 | Ship To: | 51100 |
|---|---|---|---|
| | ROSENDIN ELECTRIC | | ROSENDIN ELECTRIC |
| | ATTENTION: ACCOUNTS PAYABLE | | 929 L ST N.W. |
| | P.O. BOX 49070 | | WASHINGTON, DC 20001 |
| | SAN JOSE, CA 95161 | | |
| | | | Attn: LYLE JONES |

| Customer P/O | Ordered | Shipped | Salesperson | Doc No. | Whs | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| 511004-2000 | 07/03/14 | 07/03/14 | 406 JACK TWOHI | 446765 | 30 | OUR TRUCK | 2% BY 10TH N 30 |

| Ordered By | LYLE JONES | | Job Name |
|---|---|---|---|

| Item/Description | Catalog | Ordered | Shipped | BackOrder | UM | Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|
| C01962875 <br> 3/8" ZINC PLATED PC CHAIN <br> GRADE 30 | 160453 | 30 | 30 | 0 | FT | 1.89 | FT | 56.70 |

**No returns will be allowed without authorization.**
A FINANCE CHARGE OF 1 1/2% PER MONTH
(18% PER ANNUM) WILL BE MADE TO ALL
INVOICES NOT PAID WITHIN THESE TERMS.

| Merchandise | Tax | Freight | Total Due |
|---|---|---|---|
| 526.03 | 30.25 | .00 | 556.28 |

XL02542



**Shepherd**
electric supply
Since 1892

45080 OLD OX ROAD, SUITE 150
STERLING VA 20166
703-955-5000  Fax 703-955-5001
FED ID# 52-0482550

**NAEC**
Member

## Invoice

| 07/18/14 | S002126023.001 |
|---|---|

REMIT TO:
Shepherd Electric Company
7401 PULASKI HIGHWAY
BALTIMORE MD 21237

| | 1/1 |

BILL TO:
ROSENDIN ELECTRIC - VIRGINIA
PO BOX 49070
SAN JOSE, CA  95161

SHIP TO:
ROSENDIN ELECTRIC - VIRGINIA
WC
DULLES, VA 20166
KEVIN   408-286-2800

| 16226 | 511004-2007 | | | JAC | |
|---|---|---|---|---|---|
| Craig Diaz | | WC WILL-CALL | 2% 10th PROX NET | 07/18/14 | 07/18/14 |
| 1 | AFA162COIL CABLE 16/2 ARMORED FIRE ALARM 1810R42-00 99999900034 | 500 | 500 * | 420.210/m | 210.11 |
| 2 | STC 52171-1/2-3/4-E 4SQ BOX 521711234E 4"SQUARE BX,STL,30.3C 4SQ BOX 1/2" & 3/4E BOX = RAC232 2-1/8"-DEEP NO CLAMPS DEEP 1900 BOX PKG = 50 | 40 | 40 * | 68.920/c | 27.57 |
| 3 | BRI 601-DC2 3/8IN DUPLEX MC CONNECTOR D/C | 100 | 100 * | 50.750/c | 50.75 |
| 4 | BRI 565-DC2 3/8IN BX/MC CONNECTOR 2 SCREW | 100 | 100 * | 28.470/c | 28.47 |
| 5 | 3M O/B+JUG ORANGE/BLUE CONN WIRENUTS | 500 | 500 * | 42.760/m | 21.38 |
| 6 | CUL 39921 EZ-ANCOR KIT 50 - WHITE PLASTIC EZ ANCORS 50 - #8 X 1 PHIL/SLOT SCREWS #2-2" HEX POWER BIT | 2 | 2 * | 10.290/ea | 20.58 |
| 7 | CUL 39820 #10 SLOT/PHIL PANHEAD CONICAL ANCHOR KIT RED 100 - #10 X 1 SCREWS 100 - #10-12 ANCHORS 1/4 CARBIDE BIT =GRE 84012 | 1 | 1 * | 6.390/ea | 6.39 |

201407/18 01:29:42 PM     9002126023.1

If paid by 08/10/14 you may deduct $7.31
Invoice is due by 08/25/14 net of any cash discount.
Past due invoices may be subject to 1.50% late charge.
See terms and conditions on reverse side.

| Subtotal | 365.25 |
|---|---|
| Shipping | 0.00 |
| Sales Tax | 21.91 |
| Amount Due | 387.16 |

XL02565



**Shepherd**
electric supply
Since 1892

45080 OLD OX ROAD, SUITE 150
STERLING VA 20166
703-955-5000  Fax 703-955-5001
FED ID# 52-0482550

**Invoice**

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 07/28/14 | S002129351.001 |

REMIT TO:
Shepherd Electric Company
7401 PULASKI HIGHWAY
BALTIMORE MD 21237

PAGE NO.
1/1

BILL TO:
ROSENDIN ELECTRIC - VIRGINIA
PO BOX 49070
SAN JOSE, CA  95161

SHIP TO:
ROSENDIN ELECTRIC - VIRGINIA
929 L ST NW
WASHINGTON, DC 20001
KEVIN   408-286-2800

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | | SALESPERSON |
|---|---|---|---|---|
| 16226 | 511004-2013 | | | JAC |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| Craig Diaz | OT OUR-TRUCK | 2% 10th PROX NET | 07/28/14 | 07/25/14 |

| | DESCRIPTION | ORDER QTY | SHIP QTY | Net Price | Ext Price |
|---|---|---|---|---|---|
| 1 | MCAL122COIL 12/2 MC CABLE MC ALUM BLACK / WHITE / GREEN 250 FT COIL AFC# 2104S42-00 | 250 | 250 * | 341.490/m | 85.37 |
| 2 | BRI 565-DC2 3/8IN BX/MC CONNECTOR 2 SCREW | 100 | 100 * | 28.470/c | 28.47 |
| 3 | BRI 801-DC2 3/8 90D FLEX CONN 2SCR ZINC DIE CAST =OZG AC90 | 10 | 10 * | 43.320/c | 4.33 |

Signature
Amos Kim
Printed Name          3 Items
Date

If paid by 09/10/14 you may deduct $2.36
Invoice is due by 09/25/14 net of any cash discount.
Past due invoices may be subject to 1.50% late charge.

See terms and conditions on reverse side.

| | |
|---|---|
| Subtotal | 118.17 |
| Shipping | 0.00 |
| Sales Tax | 6.79 |
| Amount Due | 124.96 |

XL02566

# Exhibit C

## (Excerpt From Rosendin Invoice # 3
## for Cost of Materials Through 12/3/2014)



ROSENDIN
ELECTRIC

T & M

P.O. Box 49070,
SAN JOSE, CA 95161
408-286-2800

DESIGN/BUILD
COMMERCIAL
INDUSTRIAL
HIGHWAY

**Bill To:**
HENSEL PHELPS CONSTRUCTION
3333 PENNSY DRIVE
HYATTSVILLE, MD 20785

Invoice No: 124834
Contractor License: 142881-C10

Customer Number: 60098

Description: MARRIOTT MARQUIS
December Billing

| Customer PO | Job No. | Job Name | Project Manager | Division | Invoice Date |
|---|---|---|---|---|---|
| 2010064-160025 0 | 511004 | MARRIOTT MARQUIS-901 MASS AVE | Mueller, John | 31 | 01/23/2015 |

| Line # | Description | Amount | Tax | Line Amount |
|---|---|---|---|---|
| 1 | | | | |
| | 1 Labor | $202,426.43 | $0.00 | $202,426.43 |
| | 2 Equipment | $5,331.52 | $0.00 | $5,331.52 |
| | 3 Material | $484,121.21 | $0.00 | $484,121.21 |
| | 4 Misc. | $29,256.40 | $0.00 | $29,256.40 |
| | 5 OH&P 12% | $86,536.27 | $0.00 | $86,536.27 |
| | | **Less Retention** | | $0.00 |
| | | **Subtotal** | | **$807,671.83** |
| | | **Total Amount Due** | | **$807,671.83** |

Make all checks payable to: **Rosendin Electric, Inc P.O. Box 49070, SAN JOSE, CA 95161**
If you have any questions concerning this invoice please call 408-286-2800

**XL 08034**

**Rosendin Electric, Inc**
Cost Plus Report
01/01/2006 TO 12/07/2014

Job 511004 MARRIOTT MARQUIS-901 MASS AVE

**EQUIPMENT**
--------------

| Task | Description | Unit | Hourly Rate | Hours | Amount |
|------|-------------|------|-------------|-------|--------|
| 1 | | FIXED-TOOL | 1.5 | 15805 | $23,707.50 |
| 1 | 2010 FORD F150 EXT CAB 4X4 PICK UP | 471A | 5.82 | 22 | $128.04 |
| 1 | 2010 FORD F150 PICK UP | 876A | 5.82 | 354 | $2,060.28 |
| 1 | 2011 FORD F150 4X4 REG CAB PICK UP | 531B | 5.82 | 16 | $93.12 |
| 1 | 2013 FORD F150 SHORT BED PICK UP | 655A | 5.82 | 406.5 | $2,365.83 |
| 1 | 2013 FORD SUPERCAB 4X4 | 362A | 5.82 | 8 | $46.56 |
| 1 | 2014 FORD F-150 FX4 4X4 SUPERCAB STYLESIDE | LF001 | 5.82 | 112 | $651.84 |
| 1 | 2014 FORD F-150 FX4 4X4 SUPERCAB STYLESIDE | LF001 | S.Kubanda truck adjustment | 5.82 | -72 | ($419.04) |
| 1 | 2014 DODGE RAM CV CARGO VAN | 798A | 6.35 | 102 | $647.70 |
| 1 | 2014 DODGE RAM CV CARGO VAN | 717A | 6.35 | 116 | $736.60 |
| 1 | 2012 CHEVROLET EQUINOX 2X4 | 70A | 6.85 | 75 | $513.75 |
| | | | Total | 17016.5 | $30,951.22 |

Previous billed $25,200.66
Amt this bill $5,331.52

**INVOICES**
--------------

| Task | Vendor Name | Vendor# | PO Number | Invoice Date | Invoice Number | Amount |
|------|-------------|---------|-----------|--------------|----------------|--------|
| 1 | COLONY HARDWARE CORPORATION | 305761 | 511004-2000 | 7/3/2014 | 347401 | $556.29 |
| 1 | COLONY HARDWARE CORPORATION | 305761 | 511004-2000 | 7/7/2014 | 347402 | $50.34 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2006 | 7/8/2014 | S102206274.001 | $846.00 |
| 1 | ABC IMAGING OF WASHINGTON, INC | 305013 | 511004-2018 | 7/14/2014 | I-6882947 | $102.79 |
| 1 | NEFCO CORPORATION | 305597 | 511004-2003 | 7/15/2014 | S2275556.001 | $233.03 |
| 1 | NEFCO CORPORATION | 305597 | 511004-2002 | 7/15/2014 | S2275677.001 | $94.36 |
| 1 | GRAYBAR | 2625 | 511004-2004 | 7/16/2014 | 973686229 | $315.45 |
| 1 | NEFCO CORPORATION | 305597 | 511004-2005 | 7/17/2014 | S2276458.001 | $79.84 |
| 1 | SHEPHERD ELECTRIC SUPPLY | 304069 | 511004-2007 | 7/18/2014 | S002126023.001 | $387.16 |
| 1 | CONTINENTAL RECOVERY SERVICES | 308136 | | 7/21/2014 | 41127 | $38.80 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2009 | 7/22/2014 | S102220799.001 | $380.22 |
| 1 | NEFCO CORPORATION | 305597 | 511004-2008 | 7/22/2014 | S2278289.001 | $1,170.57 |
| 1 | NEFCO CORPORATION (adjustment to remove) | 305597 | 511004-2008 | 7/22/2014 | S2278289.001 | ($1,170.57) |
| 1 | ADVANCE SAFETY EQUIPMENT CO | 306610 | 511004-2012 | 7/24/2014 | 50242 | $157.82 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2009 | 7/25/2014 | S102224724.001 | $118.17 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2009 | 7/25/2014 | S102224724.002 | $11.14 |
| 1 | GRAYBAR | 2625 | 511004-2011 | 7/25/2014 | 973871676 | $772.42 |
| 1 | NEFCO CORPORATION | 305597 | 511004-2010 | 7/25/2014 | S2279814.001 | $179.92 |
| 1 | SHEPHERD ELECTRIC SUPPLY | 304069 | 511004-2013 | 7/28/2014 | S002129351.001 | $124.97 |
| 1 | ADI | 314 | 511004-2016 | 7/31/2014 | RP1N7301 | $2,408.41 |
| 1 | NEFCO CORPORATION | 305597 | 511004-2015 | 7/31/2014 | S2282199.001 | $22.05 |
| 1 | GRAYBAR | 2625 | 511004-2021 | 8/1/2014 | 974000601 | $775.04 |
| 1 | GRAYBAR | 2625 | 511004-2021 | 8/5/2014 | 974049017 | $75.40 |
| 1 | NEFCO CORPORATION | 305597 | 511004-2019 | 8/6/2014 | S2284127.001 | $385.19 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2020 | 8/7/2014 | S102233243.001 | $538.58 |

**XL 08035**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | FEDERAL EXPRESS CORP | 2230 | | 8/8/2014 | 2-743-66832 | $78.39 |
| 1 | ABM ELECTRICAL POWER SOLUTIONS, LLC | 306460 | 511004-306460-1 | 8/10/2014 | 511004-1-JB S- | $3,750.00 |
| 1 | ADI | 314 | 511004-2016 | 8/11/2014 | RP1N7302 | $3,515.75 |
| 1 | ADI (temp adjustment this month bill) | 314 | 511004-2016 | 8/11/2014 | RP1N7302 | ($3,515.75) |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2020 | 8/13/2014 | S102233243.002 | $164.63 |
| 1 | GRAYBAR | 2625 | 511004-2022 | 8/13/2014 | 974218641 | $32.43 |
| 1 | GRAYBAR | 2625 | 511004-2022 | 8/13/2014 | 974218639 | $686.71 |
| 1 | VALLEY LIGHTING, LLC | 308775 | 511004-2014 | 8/13/2014 | 3041891-001 | $1,272.00 |
| 1 | GRAYBAR | 2625 | 511004-2022 | 8/14/2014 | 974230312 | $815.39 |
| 1 | CAPITAL TRISTATE | 304753 | 511004-2024 | 8/15/2014 | S019729133.002 | $100.09 |
| 1 | CAPITAL TRISTATE | 304753 | 511004-2024 | 8/15/2014 | S019729133.001 | $163.41 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2025 | 8/19/2014 | S102244464.001 | $93.81 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2025 | 8/19/2014 | S102244464.002 | $165.04 |
| 1 | GARDENS REPROGRAPHICS, INC | 308589 | 511004-2023 | 8/19/2014 | 104789 | $1,427.62 |
| 1 | GRAYBAR | 2625 | 511004-2027 | 8/20/2014 | 974326323 | $704.94 |
| 1 | GRAYBAR | 2625 | 511004-2028 | 8/22/2014 | 974337052 | $3,662.86 |
| 1 | Craig Underkoffler | 308916 | | 8/22/2014 | 128537 | $37.51 |
| 1 | GARDENS REPROGRAPHICS, INC | 308589 | 511004-2031 | 8/27/2014 | 104824 | $259.93 |
| 1 | SIMPLEX-GRINNELL | 203605 | 511004-2029 | 8/27/2014 | 40716311 | $194.81 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2026 | 8/29/2014 | S102245670.001 | $1,226.70 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2032 | 8/29/2014 | S102253783.001 | $256.14 |
| 1 | G TECH CONTRACTING, LLC | 309102 | 511004-309102-1 | 9/1/2014 | 511004-1-1095 | $24,322.00 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2035 | 9/3/2014 | S102257329.001 | $466.65 |
| 1 | GRAYBAR | 2625 | 511004-2036 | 9/3/2014 | 974565122 | $687.61 |
| 1 | Meador, Doug J Sr | 307391 | | 9/3/2014 | 129395 | $1,157.94 |
| 1 | Meador, Doug J Sr (temp adjustment this | 307391 | | 9/3/2014 | 129395 | ($1,157.94) |
| 1 | SHEPHERD ELECTRIC SUPPLY | 304069 | 511004-2034 | 9/3/2014 | S002145151.001 | $123.25 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2026 | 9/4/2014 | S102245670.002 | $693.72 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2038 | 9/5/2014 | S102260735.001 | $278.86 |
| 1 | TRS-RENTELCO | 203563 | 511004-2030 | 9/7/2014 | 100660949 | $397.86 |
| 1 | ACCU-TECH (temp removal this month) | 207194 | 511004-2037 | 9/8/2014 | 392-267867 | $708.95 |
| 1 | ACCU-TECH (temp removal this month) | 207194 | 511004-2037 | 9/8/2014 | 392-267867 | ($708.95) |
| 1 | GRAYBAR | 2625 | 511004-2036 | 9/8/2014 | 974640508 | $209.08 |
| 1 | GRAYBAR | 2625 | 511004-2033 | 9/8/2014 | 974642930 | $123.68 |
| 1 | VALLEY LIGHTING, LLC | 308775 | 511004-2052 | 9/8/2014 | 3042447-001 | $37,720.71 |
| 1 | SHEPHERD ELECTRIC SUPPLY | 304069 | 511004-2039 | 9/9/2014 | S002148491.001 | $125.93 |
| 1 | CAPITAL TRISTATE | 304753 | 511004-2040 | 9/11/2014 | S019940913.001 | $383.93 |
| 1 | GRAYBAR | 2625 | 511004-2036 | 9/11/2014 | 974721117 | $34.96 |
| 1 | CAPITAL TRISTATE | 304753 | 511004-2040 | 9/12/2014 | S019940913.002 | $0.84 |
| 1 | TRS-RENTELCO | 203563 | 511004-2030 | 9/14/2014 | 100662465 | $340.72 |
| 1 | G TECH CONTRACTING, LLC | 309102 | 511004-309102-1 | 9/15/2014 | 511004-1-1096 | $34,017.00 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2041 | 9/16/2014 | S102266943.001 | $277.67 |
| 1 | GRAYBAR | 2625 | 511004-2042 | 9/16/2014 | 974794648 | $143.05 |
| 1 | REXEL ELECTRICAL & DATACOM PRODUCTS | 205754 | 511004-2044 | 9/18/2014 | S108778697.001 | $9.26 |
| 1 | SHEPHERD ELECTRIC SUPPLY | 304069 | 511004-2045 | 9/19/2014 | S002152417.001 | $132.35 |
| 1 | MAURICE ELECTRICAL SUPPLY | 305109 | 511004-2047 | 9/22/2014 | S102434627.001 | $230.46 |
| 1 | ADI | 314 | 511004-2059 | 9/23/2014 | WC5X2501 | $608.45 |
| 1 | COMMUNICATIONS ENGINEERING, INC | 309184 | 511004-309184-1 | 9/23/2014 | 511004-1- | $930.60 |
| 1 | COMMUNICATIONS ENGINEERING, INC | 309184 | 511004-309184-1 | 9/23/2014 | 511004-1- | $1,861.20 |
| 1 | COMMUNICATIONS ENGINEERING, INC | 309184 | 511004-309184-1 | 9/23/2014 | 511004-1- | $52,882.48 |
| 1 | DOMINION ELECTRIC SUPPLY COMPANY OF | 307298 | 511004-2048 | 9/23/2014 | S102275731.001 | $271.04 |

**XL 08036**



| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | VALLEY LIGHTING, LLC | 308775 | 511004-2052 | 9/24/2014 | 3042447-002 | $6,592.35 |
| 1 | VALLEY LIGHTING, LLC | 308775 | 511004-2052 | 9/24/2014 | 3042447-003 | $1,316.59 |
| 1 | ADI | 314 | 511004-2050 | 9/25/2014 | WF2P9501 | $32.33 |
| 1 | COMMUNICATIONS ENGINEERING, INC | 309184 | 511004-309184-1 | 9/26/2014 | 511004-1- | $23,057.00 |
| 1 | SIMPLEX-GRINNELL | 203605 | 511004-2029 | 9/26/2014 | 40730450 | $864.78 |
| 1 | TRS-RENTELCO | 203563 | 511004-2030 | 9/28/2014 | 100665761 | $2,332.00 |
| 1 | CAPITAL TRISTATE | 304753 | 511004-2053 | 9/29/2014 | S020102986.001 | $360.44 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2051 | 9/29/2014 | S102278485.001 | $120.78 |
| 1 | DOMINION ELECTRIC SUPPLY COMPANY OF | 307298 | 511004-2054 | 9/29/2014 | S102280782.001 | $259.36 |
| 1 | ADVANCE SAFETY EQUIPMENT CO | 306610 | 511004-2055 | 9/30/2014 | 51754 | $187.14 |
| 1 | FEDERAL EXPRESS CORP | 2230 | | 9/30/2014 | 2-797-71779 | $57.19 |
| 1 | G TECH CONTRACTING, LLC | 309102 | 511004-309102-1 | 9/30/2014 | 511004-1-1097 | $37,711.00 |
| 1 | VALLEY LIGHTING, LLC | 308775 | 511004-2052 | 9/30/2014 | 3042447-005 | $24,085.25 |
| 1 | GRAYBAR | 2625 | 511004-2057 | 10/1/2014 | 975083718 | $2,756.00 |
| 1 | MAURICE ELECTRICAL SUPPLY | 305109 | 511004-2056 | 10/1/2014 | S102478738.001 | $138.45 |
| 1 | VALLEY LIGHTING, LLC | 308775 | 511004-2057 | 10/1/2014 | 3042447-004 | $1,470.98 |
| 1 | GRAYBAR | 2625 | 511004-2057 | 10/2/2014 | 975108795 | $2,756.00 |
| 1 | VALLEY LIGHTING, LLC | 308775 | 511004-2052 | 10/3/2014 | 3042447-008 | $634.50 |
| 1 | UNITED RENTALS | 5775 | 511004-2046 | 10/4/2014 | 122895384-001 | $1,483.09 |
| 1 | VALLEY LIGHTING, LLC | 308775 | 511004-2052 | 10/6/2014 | 3042447-007 | $380.70 |
| 1 | VALLEY LIGHTING, LLC | 308775 | 511004-2052 | 10/6/2014 | 3042447-006 | $5,152.74 |
| 1 | VALLEY LIGHTING, LLC | 308775 | 511004-2052 | 10/6/2014 | 3042447-009 | $433.58 |
| 1 | MAURICE ELECTRICAL SUPPLY | 305109 | 511004-2060 | 10/7/2014 | S102516729.01 | $532.05 |
| 1 | VALLEY LIGHTING, LLC | 308775 | 511004-2052 | 10/8/2014 | 3042447-010 | $2,873.17 |
| 1 | COMMUNICATIONS ENGINEERING, INC | 309184 | 511004-309184-1 | 10/9/2014 | 511004-1- | $20,450.63 |
| 1 | COMMUNICATIONS ENGINEERING, INC | 309184 | 511004-309184-1 | 10/9/2014 | 511004-1- | $1,325.78 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2063 | 10/13/2014 | S102293673.001 | $5.67 |
| 1 | DOMINION ELECTRIC SUPPLY COMPANY OF | 307298 | 511004-2061 | 10/13/2014 | S102294333.001 | $65.63 |
| 1 | ADVANCE SAFETY EQUIPMENT CO | 306610 | 511004-2055 | 10/14/2014 | 52008 | $51.86 |
| 1 | MAURICE ELECTRICAL SUPPLY | 305109 | 511004-2066 | 10/14/2014 | S102554446.001 | $201.82 |
| 1 | MAURICE ELECTRICAL SUPPLY | 305109 | 511004-2064 | 10/14/2014 | S102551280.001 | $20.51 |
| 1 | G TECH CONTRACTING, LLC | 309102 | 511004-309102-1 | 10/15/2014 | 511004-1-1098 | $26,498.50 |
| 1 | GRAYBAR | 2625 | 511004-2065 | 10/15/2014 | 975333549 | $3,733.63 |
| 1 | GRAYBAR | 2625 | 511004-2065 | 10/15/2014 | 975333548 | $709.32 |
| 1 | CAPITAL TRISTATE | 304753 | 511004-2067 | 10/16/2014 | S020273709.001 | $58.14 |
| 1 | GRAYBAR | 2625 | 511004-2065 | 10/17/2014 | 975383221 | $509.18 |
| 1 | ADI | 314 | 511004-2068 | 10/20/2014 | XF8H8301 | $32.33 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2070 | 10/23/2014 | S102299981.001 | $144.69 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2070 | 10/27/2014 | S102304902.001 | $269.66 |
| 1 | MAURICE ELECTRICAL SUPPLY | 305109 | 511004-2071 | 10/27/2014 | S102612444.001 | $365.71 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2070 | 10/28/2014 | S102299981.002 | $144.69 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2070 | 10/31/2014 | S102310653.001 | $9.74 |
| 1 | G TECH CONTRACTING, LLC | 309102 | 511004-309102-1 | 10/31/2014 | 511004-1-1101 | $72,769.25 |
| 1 | COMMUNICATION SUPPLY CORP | 2496 | 511004-2062 | 11/3/2014 | 322172 | $1,939.03 |
| 1 | GRAYBAR | 2625 | 511004-2073 | 11/3/2014 | 975674261 | $3,309.98 |
| 1 | COMMUNICATIONS ENGINEERING, INC | 309184 | 511004-309184-1 | 11/4/2014 | 511004-1- | $2,600.00 |
| 1 | COMMUNICATIONS ENGINEERING, INC (temp | 309184 | 511004-309184-1 | 11/4/2014 | 511004-1- | ($2,600.00) |
| 1 | FEDERAL EXPRESS CORP | 2230 | | 11/4/2014 | 2-833-70707 | $11.90 |
| 1 | CAPITAL TRISTATE | 304753 | 511004-2074 | 11/5/2014 | S020470079.001 | $577.04 |
| 1 | GRAYBAR | 2625 | 511004-2075 | 11/6/2014 | 975747308 | $2,536.14 |
| 1 | VERIZON | 201432 | | 11/9/2014 | 9735160409 | $953.55 |

**XL 08037**

| 1 | GRAYBAR | 2625 | 511004-2076 | 11/10/2014 | 975800480 | $396.97 |
| 1 | GRAYBAR | 2625 | 511004-2076 | 11/14/2014 | 975899828 | $1,499.11 |
| 1 | G TECH CONTRACTING, LLC | 309102 | 511004-309102-1 | 11/15/2014 | 511004-1-1102 | $40,920.00 |
| 1 | MAURICE ELECTRICAL SUPPLY | 305109 | 511004-2078 | 11/17/2014 | S102746018.001 | $625.81 |
| 1 | GRAYBAR | 2625 | 511004-2077 | 11/18/2014 | 975950164 | $210.55 |
| 1 | GRAYBAR | 2625 | 511004-2073 | 11/19/2014 | 975974612 | $0.00 |
| 1 | FEDERAL EXPRESS CORP | 2230 | | 11/21/2014 | 2-852-53232 | $25.97 |
| 1 | COMMUNICATIONS ENGINEERING, INC | 309184 | 511004-309184-1 | 11/26/2014 | 511004-1- | $1,896.20 |
| 1 | G TECH CONTRACTING, LLC | 309102 | 511004-309102-1 | 12/3/2014 | 511004-1-1105 | $35,578.00 |
| 1 | Valley (temp disc this month until recons) | | | | | ($50,000.00) |
| 1 | AVI Invoice #1 (resolving with sub) | | | | | $114,641.41 |
| 1 | SPL/AVI Magenta equip invoice | | | | | $93,795.49 |

Total $672,890.52

Previous billed   $188,769.31
Amt this bill     $484,121.21

**LABOR**
--------------

| Task | Employee Name | Employee# | Job Title | Date | Hours | Amount |
|---|---|---|---|---|---|---|
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/1/2014 | 4 | $287.66 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/2/2014 | 8 | $575.34 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/3/2014 | 8 | $575.34 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/7/2014 | 10 | $775.41 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/7/2014 | 10 | $672.09 |
| 1 | Moraitis Jr, George | 64865 | F.26.FM V...Metro | 7/7/2014 | 8 | $592.59 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/7/2014 | 10 | $434.24 |
| 1 | Shaffer, Garry Steven Jr | 65088 | F.26 RES.R 8...Metro | 7/7/2014 | 2.5 | $80.31 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/8/2014 | 10 | $668.23 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/8/2014 | 10 | $775.41 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/8/2014 | 10 | $672.09 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/8/2014 | 10 | $434.24 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/9/2014 | 10 | $668.23 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/9/2014 | 10 | $775.43 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/9/2014 | 10 | $672.09 |
| 1 | Moraitis Jr, George | 64865 | F.26.FM V...Metro | 7/9/2014 | 6 | $504.89 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/9/2014 | 9 | $378.12 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/10/2014 | 8 | $534.58 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/10/2014 | 8 | $573.84 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/10/2014 | 8 | $498.70 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/10/2014 | 8 | $321.98 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/11/2014 | 8 | $573.83 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/11/2014 | 8 | $498.66 |
| 1 | Moraitis Jr, George | 64865 | F.26.FM V...Metro | 7/11/2014 | 4 | $296.30 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/14/2014 | 8 | $570.26 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/14/2014 | 8 | $496.05 |
| 1 | Bellison, Christopher K | 66404 | F.26.JW...Metro | 7/15/2014 | 4 | $262.30 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/15/2014 | 8 | $570.26 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/15/2014 | 8 | $496.05 |
| 1 | Shaffer, Garry Steven Jr | 65088 | F.26 RES.R 8...Metro | 7/15/2014 | 4 | $128.46 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/16/2014 | 8 | $570.26 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/16/2014 | 8 | $496.05 |

**XL 08038**

# Exhibit D

**(Excerpt From Rosendin Invoice # 2
for Cost of Materials Through 10/19/2014)**



ROSENDIN
ELECTRIC

P.O. Box 49070,
SAN JOSE, CA 95161
408-286-2800

T & M
DESIGN/BUILD
COMMERCIAL
INDUSTRIAL
HIGHWAY

**Bill To:**
HENSEL PHELPS CONSTRUCTION
3333 PENNSY DRIVE
HYATTSVILLE, MD 20785

Invoice No: 121616
Contractor License: 142881-C10

Customer Number: 60098

Description: MARRIOTT MARQUIS
Bill Through 10/19/2014

| Customer PO | Job No. | Job Name | Project Manager | Division | Invoice Date |
|---|---|---|---|---|---|
| 2010064-160025 0 | 511004 | MARRIOTT MARQUIS-901 MASS AVE | Underkoffler, Craig Michael | 31 | 10/23/2014 |

| Line # | Description | Amount | Tax | Line Amount |
|---|---|---|---|---|
| 1 | | | | |
| | 1 Labor | $433,086.96 | $0.00 | $433,086.96 |
| | 2 Material | $85,188.47 | $0.00 | $85,188.47 |
| | 3 Equipment | $14,049.67 | $0.00 | $14,049.67 |
| | 4 Misc | $24,398.24 | $0.00 | $24,398.24 |
| | 5 OH&P | $46,319.38 | $0.00 | $46,319.38 |
| | | Less Retention | | $0.00 |
| | | Subtotal | | $603,042.72 |
| | | **Total Amount Due** | | **$603,042.72** |

Make all checks payable to: **Rosendin Electric, Inc P.O. Box 49070, SAN JOSE, CA 95161**
If you have any questions concerning this invoice please call 408-286-2800

XL02636

Rosendin Electric, Inc
Cost Plus Report
01/01/2008 TO 10/13/2011

Job 511004 MARRIOTT MARQUIS-901 MASS AVE

## EQUIPMENT

| Task | Description | Unit | Hourly Rate | Hours | Amount |
|------|-------------|------|-------------|-------|--------|
| 1 | | FIXED-TOOL | 1.5 | 12603 | 218,904.51 |
| 1 | 2010 FORD F150 EXT CAB 4X4 PICK UP | 4715 | 5.13 | 1u | 2184.56 |
| 1 | 2010 FORD F150 PICK UP | 776A | 5.73 | 291 | 51,593.63 |
| 1 | 2011 FORD F150 4X2 EXT CAB PICK UP | 531B | 5.92 | 1u | 293.12 |
| 1 | 2011 FORD F150 SHORT BED PICK UP | 855A | 5.49 | 104.5 | 12,314.93 |
| 1 | 2013 FORD SUPERCAB #34 | 367A | 5.43 | | 145.56 |
| 1 | 2014 FORD F-150 FX4 4X4 SUPERCAB | LF001 | 5.92 | 35 | 1207.52 |
| 1 | 2014 DODGE RAM CV CARGO VAN | 5uh5 | 6.35 | 102 | 2617.70 |
| 1 | 2014 DODGE RAM CV CARGO VAN | 717A | 6.35 | 100 | 0635.00 |
| 1 | 2012 CHEVROLET EQUINOX #34 | 70A | 6.45 | 93 | 5580.45 |
| | | | tot al | 13653.5 | 293,208.44 |

Equipment T&M line on previous invoice — Prev Billed from last invoice — +231,150.99

Equipment T&M line on current invoice — Total A / current Billing — $14,045.67

## INVOICES

| Task | Vendor Name | Vendor# | PO Number | Invoice Date | Invoice Number | Amount |
|------|-------------|---------|-----------|--------------|----------------|--------|
| 1 | COLONY HARDWARE CORPORATION | 305761 | 511004-2000 | 7/1/2014 | 327601 | 9556.99 |
| 1 | COLONY HARDWARE CORPORATION | 305761 | 511004-2000 | 7/7/2014 | 727622 | 916.34 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2006 | 7/8/2014 | S102206274.001 | 5145.00 |
| 1 | APC IMAGING OF WASHINGTON, INC | 305033 | 511004-2014 | 7/14/2014 | 1-6003947 | 1102.70 |
| 1 | NEFCO CORPORATION | 305577 | 511004-2002 | 7/15/2014 | S2275677.001 | 534.36 |
| 1 | NEFCO CORPORATION | 305577 | 511004-2003 | 7/15/2014 | S2275656.001 | 3231.03 |
| 1 | GRAYBAR | 2625 | 511004-2004 | 7/16/2014 | 973668229 | 5115.45 |
| 1 | NEFCO CORPORATION | 305577 | 511004-2005 | 7/17/2014 | S2276458.001 | 575.64 |
| 1 | SHEPHERD ELECTRIC SUPPLY | 304045 | 511004-2007 | 7/18/2014 | S003126023.001 | 1307.16 |
| 1 | CONTINENTAL RECOVERY SERVICES | 305136 | | 7/21/2014 | 41127 | 635.60 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2005 | 7/21/2014 | S102220995.001 | 1380.32 |
| 1 | NEFCO CORPORATION | 305577 | 511004-2008 | 7/22/2014 | S2276299.001 | 11,176.07 |
| 1 | ADVANCE SAFETY EQUIPMENT CO | 306610 | 511004-2012 | 7/24/2014 | 50262 | 1157.82 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2009 | 7/25/2014 | S102224724.001 | 1117.17 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2009 | 7/25/2014 | S102224724.002 | 211.14 |
| 1 | GRAYBAR | 2625 | 511004-2011 | 7/25/2014 | 973871676 | 5772.42 |
| 1 | NEFCO CORPORATION | 305577 | 511004-2010 | 7/25/2014 | 22279814.001 | 5179.92 |
| 1 | NEFCO CORPORATION | 304060 | 511004-2013 | 7/16/2014 | S002129331.001 | 1324.97 |
| 1 | SHEPHERD ELECTRIC SUPPLY | 314 | 511004-2016 | 7/31/2014 | APIN7301 | 12,408.21 |
| 1 | ADI | 305577 | 511004-2025 | 7/31/2014 | S2232199.001 | 622.05 |
| 1 | NEFCO CORPORATION | 2625 | 511004-2021 | 8/1/2014 | 974000001 | 2775.04 |
| 1 | GRAYBAR | 2625 | 511004-2021 | 8/5/2014 | 974049007 | 275.10 |
| 1 | GRAYBAR | 305597 | 511004-2019 | 8/6/2014 | S2264129.001 | 5385.10 |
| 1 | NEFCO CORPORATION | 304235 | 511004-2010 | 8/7/2014 | S102233043.001 | 1570.59 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 2625 | | 8/8/2014 | 2-743-66032 | 578.39 |
| 1 | FEDERAL EXPRESS CORP | 306400 | 511004-304416-1 | 8/10/2014 | 511004-1-JB_5-0003724 | 63,750.00 |
| 1 | ASH ELECTRICAL POWER SOLUTIONS, LLC | 314 | 511004-2016 | 8/11/2014 | RPIN7302 | 13,515.75 |
| 1 | ADI | 304235 | 511004-2020 | 8/13/2014 | S102233243.001 | 6164.01 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 2625 | 511004-2022 | 8/13/2014 | 974158641 | 532.43 |
| 1 | GRAYBAR | 2625 | 511004-2023 | 8/13/2014 | 974158633 | 2686.71 |
| 1 | GRAYBAR | 302775 | 511004-2014 | 8/13/2014 | 3041631-001 | 61,292.60 |
| 1 | VALLEY LIGHTING, LLC | 2625 | 511004-2027 | 8/14/2014 | 974330112 | 2015.35 |
| 1 | GRAYBAR | 304753 | 511004-2024 | 8/15/2014 | S018725133.002 | 1100.03 |
| 1 | CAPITAL TRISTATE | 304753 | 511004-2024 | 8/15/2014 | S035729133.001 | 5163.41 |
| 1 | CAPITAL TRISTATE | 304235 | 511004-2025 | 8/19/2014 | S102244464.002 | 2165.01 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2025 | 8/22/2014 | S102244464.001 | 293.41 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 300569 | 511004-2023 | 8/19/2014 | 304759 | 21,427.22 |
| 1 | GARDENS REPROGRAPHICS, INC | 2625 | 511004-2027 | 8/19/2014 | 974214533 | 6704.94 |
| 1 | GRAYBAR | 2625 | 511004-2029 | 8/20/2014 | 974337052 | 61,663.86 |
| 1 | Craig Underkoffler | 300910 | | 8/22/2014 | 123539 | 207.53 |
| 1 | GARDENS REPROGRAPHICS, INC | 300509 | 511004-2031 | 8/27/2014 | 106424 | 1259.53 |
| 1 | SIMPLEX-GRINNELL | 305205 | 511004-2032 | 8/27/2014 | 46716511 | 6334.01 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2026 | 8/29/2014 | S102245670.001 | 61,206.70 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2035 | 8/29/2014 | S102257993.001 | 6256.14 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2035 | 9/3/2014 | S102257325.001 | 2161.45 |
| 1 | GRAYBAR | 2625 | 511004-2038 | 9/5/2014 | 974565392 | 6045.62 |
| 1 | SHEPHERD ELECTRIC SUPPLY | 304045 | 511004-2024 | 9/3/2014 | S003145358.001 | 2133.14 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2026 | 9/5/2014 | S102245670.002 | 1091.72 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2040 | 9/5/2014 | S102240735.001 | 5279.84 |
| 1 | TR&-KENTELCO | 100654 | 511004-2030 | 9/7/2014 | 100660041 | 2957.04 |
| 1 | ACTU-TECH | 200194 | 511004-2037 | 9/8/2014 | 102-367047 | 5508.95 |
| 1 | GRAYBAR | 2625 | 511004-2036 | 9/4/2014 | 974640108 | 1209.47 |
| 1 | GRAYBAR | 2625 | 511004-2043 | 9/9/2014 | 974640930 | 8123.60 |
| 1 | VALLEY LIGHTING, LLC | 300775 | 511004-2052 | 9/9/2014 | 3042649-001 | 637,726.71 |
| 1 | SHEPHERD ELECTRIC SUPPLY | 304045 | 511004-2019 | 9/9/2014 | S06524051.001 | 1335.53 |
| 1 | CAPITAL TRISTATE | 304753 | 511004-2048 | 9/11/2014 | S019340931.001 | 1383.73 |
| 1 | GRAYBAR | 2625 | 511004-2041 | 9/11/2014 | 974721117 | 634.96 |
| 1 | CAPITAL TRISTATE | 304753 | 511004-2040 | 9/12/2014 | SC19540913.002 | 52.84 |
| 1 | TRS-KENTELCO | 200569 | 511004-2046 | 9/14/2014 | 100652455 | 2318.92 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2011 | 9/16/2014 | S102204313.001 | 2477.67 |
| 1 | GRAYBAR | 2625 | 511004-2043 | 9/16/2014 | 974754108 | 2143.05 |
| 1 | REXEL ELECTRICAL & DATACOM PRODUCTS | 305734 | 511004-2044 | 9/12/2014 | S07799297.001 | 13.14 |
| 1 | SHEPHERD ELECTRIC SUPPLY | 304047 | 511004-2045 | 9/19/2014 | S003152417.001 | 2132.35 |
| 1 | MAURICE ELECTRICAL SUPPLY | 305100 | 511004-2047 | 9/22/2014 | S102314027.001 | 2238.40 |
| 1 | ADI | 314 | 511004-2051 | 9/23/2014 | MCM72501 | 1407.05 |
| 1 | COMMUNICATIONS ENGINEERING, INC | 301074 | 511004-305184-1 | 9/23/2014 | 511004-1-P5120167 | 5438.49 |
| 1 | COMMUNICATIONS ENGINEERING, INC | 301074 | 511004-305184-1 | 9/23/2014 | 511004-1-P3120168 | -1,041.99 |
| 1 | COMMUNICATIONS ENGINEERING, INC | 3u31u6 | 511004-307101-1 | 9/22/2014 | 511004-1-P6101040 | 652,052.40 |
| 1 | DOMINION ELECTRIC SUPPLY COMPANY OF | 307225 | 511004-2048 | 9/23/2014 | S102279751.001 | 5471.01 |
| 1 | VALLEY LIGHTING, LLC | 2625 | 511004-2052 | 9/24/2014 | 3042447-001 | 56,592.35 |
| 1 | VALLEY LIGHTING, LLC | 300775 | 511004-2051 | 9/24/2014 | 3042447-001 | 51,314.53 |
| 1 | ADI | 314 | 511004-2050 | 9/25/2014 | MCM77501 | 532.33 |
| 1 | COMMUNICATIONS ENGINEERING, INC | 3u2101 | 511004-305193-1 | 9/25/2014 | 511004-1-P5110196 | 623,057.30 |
| 1 | CAPITAL TRISTATE | 304753 | 511004-2053 | 9/29/2014 | J02640209b.001 | 5050.44 |
| 1 | DOMINION ELECTRIC SUPPLY CO. INC | 304235 | 511004-2041 | 9/30/2014 | S102284005.001 | 1135.54 |
| 1 | DOMINION ELECTRIC SUPPLY COMPANY OF | 307239 | 511004-2054 | 9/30/2014 | S102204728.001 | 5355.14 |
| 1 | FEDERAL EXPRESS CORP | 1230 | | 9/30/2014 | 2-707-71773 | 567.15 |
| 1 | GRAYBAR | 2625 | 511004-2057 | 10/1/2014 | 975613710 | 12,756.34 |

XL02638

| 1 | MAURICE ELECTRICAL SUPPLY | 505103 | 531000-2056 | 10/1/2014 | 8102477273-.001 | $130.45 |
| 1 | VALLEY LIGHTING, LLC | 300775 | 531004-2052 | 10/1/2014 | 3042447-004 | $1,430.57 |
| 1 | GEXPRAN | 2425 | 531004-2057 | 10/7/2014 | 375168705 | $2,756.00 |
| 1 | COMMUNICATIONS ENGINEERING, INC | 303104 | 531004-300334-1 | 10/9/2014 | 511004-1-950T0280 | $3,325.79 |
| 1 | COMMUNICATIONS ENGINEERING, INC | 303104 | 531004-3093:1-1 | 10/7/2013 | 511004-1-95T00275 | $20,450.61 |
|  |  |  |  | Total |  | $160,769.31 |

|  |  | Material T&M line on previous invoice | Prev Billed form last invoice |  | -$103,330.04 |

|  |  | Material T&M line on current invoice | Total & / Current Billed |  | 405,100.47 |

## LABOR

| Task | Employee Name | Employee# | Job Title | Date | Hours | Amount |
|---|---|---|---|---|---|---|
| 1 | Jones, William Lyle | 65747 | F.26.JN...Metro | 7/7/2014 | 8 | $247.64 |
| 1 | Jones, William Lyle | 65747 | F.26.JN...Metro | 7/7/2014 | 8 | $375.34 |
| 1 | Jones, William Lyle | 65747 | F.26.JN...Metro | 7/7/2014 | 8 | $572.34 |
| 1 | Jones, William Lyle | 65747 | F.26.JN...Metro | 7/7/2014 | 10 | $775.41 |
| 1 | Kear, Amos Tarway Sr | 65553 | F.26.JN...Metro | 7/7/2014 | 10 | $272.05 |
| 1 | Moraitis Jr. George | 64465 | F.26.FH V...Metro | 7/7/2014 |  | $555.52 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RNI...Metro | 7/7/2014 | 10 | $231.24 |
| 1 | Shaffer, Garry Steven Jr | 65061 | F.26 REP.R M...Metro | 7/7/2014 | 2.5 | $60.31 |
| 1 | Gaines, Riley Lee Jr | 66211 | F.26.FH I...Metro | 7/7/2014 | 10 | $638.53 |
| 1 | Jones, William Lyle | 65747 | F.26.JN...Metro | 7/8/2014 | 10 | $775.41 |
| 1 | Kear, Amos Tarway Sr | 65559 | F.26.JN...Metro | 7/8/2014 | 10 | $475.09 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RNI...Metro | 7/8/2014 | 13 | $434.24 |
| 1 | Gaines, Riley Lee Jr | 66211 | F.26.FH I...Metro | 7/9/2014 | 18 | $679.33 |
| 1 | Jones, William Lyle | 65747 | F.26.JN...Metro | 7/9/2014 | 10 | $775.41 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JN...Metro | 7/9/2014 | 10 | $272.05 |
| 1 | Moraitis Jr. George | 64865 | F.26.FH V...Metro | 7/9/2014 |  | $504.82 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RNI...Metro | 7/9/2011 | ? | $376.12 |
| 1 | Gaines, Riley Lee Jr | 66211 | F.26.FH I...Metro | 7/10/2011 | ? | $534.50 |
| 1 | Jones, William Lyle | 65747 | F.26.JN...Metro | 7/10/2014 | 8 | $533.64 |
| 1 | Jones, William Lyle | 65959 | F.26.JN...Metro | 7/10/2014 | 2 | $456.70 |
| 1 | Kear, Amos Tarway Sr | 65920 | F.26 RES.RNI...Metro | 7/10/2014 | 8 | $223.99 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RNI...Metro | 7/11/2014 | 8 | $577.93 |
| 1 | Jones, William Lyle | 65747 | F.26.JN...Metro | 7/11/2014 | 8 | $400.05 |
| 1 | Kear, Amos Tarway Sr | 65553 | F.26.JN...Metro | 7/11/2014 | 8 | $254.30 |
| 1 | Moraitis Jr. George | 64865 | F.26.FH V...Metro | 7/11/2014 | 8 | $570.26 |
| 1 | Jones, William Lyle | 65747 | F.26.JN...Metro | 7/14/2014 | 8 | $546.05 |
| 1 | Kear, Amos Tarway Sr | 65559 | F.26.JN...Metro | 7/14/2014 | 1 | $262.30 |
| 1 | Pelliton, Christopher K | 64404 | F.26.JN...Metro | 7/15/2014 | 8 | $570.26 |
| 1 | Jones, William Lyle | 65747 | F.26.JN...Metro | 7/15/2014 | 8 | $646.05 |
| 1 | Kear, Amos Tarway Sr | 65559 | F.26.JN...Metro | 7/15/2014 | 8 | $118.46 |
| 1 | Shaffer, Garry Steven Jr | 65068 | F.26 REP.R M...Metro | 7/15/2014 | 3 | $570.26 |
| 1 | Jones, William Lyle | 65747 | F.26.JN...Metro | 7/16/2014 | 8 | $496.05 |
| 1 | Kear, Amos Tarway Sr | 65559 | F.26.JN...Metro | 7/16/2014 | 8 | $712.34 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FH I...Metro | 7/17/2014 | 10 | $350.24 |
| 1 | Hall, Eric Lashawn | 62209 | F.26 RES.R D...Metro | 7/17/2014 | 10 | $255.05 |
| 1 | Holman, Rashaun Javier | 62465 | F.26 RES.R B...Metro | 7/17/2014 | 10 | $770.50 |
| 1 | Jones, William Lyle | 65747 | F.26.JN...Metro | 7/17/2014 | 10 | $666.46 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JN...Metro | 7/17/2014 | 8 | $555.86 |
| 1 | Hopes, Mark A | 64435 | F.26.FH V...Metro | 7/17/2014 | 7 | $796.07 |
| 1 | Moraitis Jr. George | 63517 | F.26.FH V...Metro | 7/17/2014 | 10 | $431.72 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RNI...Metro | 7/17/2014 | 10 | $180.52 |
| 1 | Roannelli, Anthony John | 56252 | F.26.JN...Metro | 7/18/2014 | 0 | $524.59 |
| 1 | Ballista, Christopher K | 66404 | F.26.JN...Metro | 7/18/2014 | 10 | $710.23 |
| 1 | Gaines, Riley Lee Jr | 67211 | F.26.FH I...Metro | 7/18/2014 | 10 | $556.34 |
| 1 | Hall, Eric Lashawn | 62209 | F.26.JN...Metro | 7/18/2014 | 10 | $607.50 |
| 1 | Holman, Joel D | 62952 | F.26.JN...Metro | 7/18/2011 | 10 | $257.01 |
| 1 | Holman, Rashaun Javier | 62465 | F.26 RES.R B...Metro | 7/18/2014 | 10 | $770.50 |
| 1 | Jones, William Lyle | 65747 | F.26.JN...Metro | 7/18 2014 | 10 | $616.47 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JN...Metro | 7/18/2014 | 10 | $514.05 |
| 1 | Moraitis Jr. George | 64465 | F.26.FH V...Metro | 7/18/2014 | 10 | $631.73 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RNI...Metro | 7/18/2014 | 10 | $322.30 |
| 1 | Roannelli, Anthony John | 66252 | F.26.JN...Metro | 7/18/2014 | 10 | $345.13 |
| 1 | Boyd, Robert | 59472 | F.26.JN...Metro | 7/19/2014 | 10 | $577.93 |
| 1 | Calderon, Luis E | 65950 | F.26 RES.RNI...Metro | 7/19/2014 | 10 | $570.94 |
| 1 | Coleman, Derrick Lamont | 65500 | F.26.FH I...Metro | 7/19/2014 | 10 | $1073.04 |
| 1 | Connors, Glen Allen | 62151 | F.26.FH V...Metro | 7/19/2014 | 10 | $425.97 |
| 1 | Gaines, Riley Lee Jr | 67211 | F.26.FH I...Metro | 7/19/2014 | 10 | $454.14 |
| 1 | Hall, Eric Lashawn | 62209 | F.26.FH V...Metro | 7/19/2014 | 11 | $1363.03 |
| 1 | Holman, Joel D | 62952 | F.26.JN...Metro | 7/19/2014 | 8 | $306.06 |
| 1 | Holman, Rashaun Javier | 62465 | F.26 RES.R B...Metro | 7/19/2014 | 10 | $1003.14 |
| 1 | Jones, William Lyle | 65747 | F.26.JN...Metro | 7/19/2014 | 0 | $102.00 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JN...Metro | 7/19/2014 | 10 | $266.22 |
| 1 | Hopes, Austin James | 66110 | F.26 RES.R I...Metro | 7/19/2014 | 10 | $599.71 |
| 1 | Hopes, Mark A | 64693 | F.26.FH V...Metro | 7/19/2014 | 10 | $663.45 |
| 1 | Mitchell, Robin Kay | 62791 | F.26.FH I...Metro | 7/19/2014 | 10 | $1036.00 |
| 1 | Moraitis Jr. George | 64465 | F.26.FH V...Metro | 7/19/2014 | 8 | $557.00 |
| 1 | Rivas, Ismael | 65020 | F.26 RES.RNI...Metro | 7/19/2014 | 10 | $418.93 |
| 1 | Roannelli, Anthony John | 66252 | F.26.JN...Metro | 7/19/2014 | 10 | $1007.18 |
| 1 | Shelley, John Fitzgerald | 65194 | F.26.JN I...Metro | 7/19/2014 | 5 | $202.39 |
| 1 | Coleman, Derrick Lamont | 65500 | F.26.JN I...Metro | 7/20/2014 | 6 | $323.44 |
| 1 | Holman, Rashaun Javier | 62465 | F.26 RES.R B...Metro | 7/20/2014 | 10 | $1349.54 |
| 1 | Jones, William Lyle | 65747 | F.26.JN...Metro | 7/20/2014 |  | $753.13 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JN...Metro | 7/20/2014 |  | $369.71 |
| 1 | Hopes, Austin James | 66110 | F.26 RES.R I...Metro | 7/20/2014 | 10 | $1217.59 |
| 1 | Hopes, Mark A | 64695 | F.26.FH V...Metro | 7/20/2014 | 12 | $1336.06 |
| 1 | Moraitis Jr. George | 64865 | F.26.FH V...Metro | 7/20/2014 | 8 | $572.44 |
| 1 | Rivas, Ismael | 65020 | F.26 RES.RNI...Metro | 7/20/2014 | 10 | $353.65 |
| 1 | Roannelli, Anthony John | 74252 | F.26.JN.AP 47...Metro | 7/20/2014 | 12 | $561.12 |
| 1 | Calderon, Luis E | 65209 | F.26 RES.RNIII...Metro | 7/21/2014 | 8 | $307.11 |
| 1 | Gaines, Riley Lee Jr | 74311 | F.26.JN I...Metro | 7/21/2014 |  | $371.05 |
| 1 | Hall, Eric Lashawn | 62955 | F.26 RES.R B...Metro | 7/21/2014 | 11 | $1104.05 |
| 1 | Holman, Joel D | 62752 | F.26.JN...Metro | 7/21/2014 | 8 | $371.43 |
| 1 | Holman, Rashaun Javier | 65943 | F.26.JN...Metro | 7/21/2014 | 8 | $572.44 |
| 1 | Jones, William Lyle | 65957 | F.26.JN...Metro | 7/21/2014 | 8 | $498.37 |
| 1 | Kear, Amos Tarway Sr | 59195 | F.26.JN...Metro | 7/21/2014 | 12 | $800.85 |
| 1 | Rector, Brandon Scott | 66446 | F.26.FH II...Metro | 7/21/2014 | 9 | $533.18 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RNI...Metro | 7/21/2014 | 9 | $313.57 |
| 1 | Tienchan, Christopher Juan | 66435 | F.26.JN...Metro | 7/21/2014 | 8 | $232.24 |
| 1 | Tucker, Shane A | 56434 | F.26.JP 55...Metro | 7/21/2014 |  | $1175.14 |
| 1 | Calderon, Luis E | 65052 | F.26 RES.RNIII...Metro | 7/22/2014 | 8 | $330.63 |
| 1 | Gaines, Riley Lee Jr | 67311 | F.26.JN I...Metro | 7/22/2014 | 8 | $157.41 |
| 1 | Hall, Eric Lashawn | 62459 | F.26 RES.R B...Metro | 7/22/2014 | 12 | $1005.04 |
| 1 | Holman, Joel D | 62952 | F.26.JN...Metro | 7/22/2014 |  | $259.03 |

XL02639

# Exhibit E

## (Rosendin's Labor Costs
for Invoice # 1)



# ROSENDIN ELECTRIC

T & M

DESIGN/BUILD
COMMERCIAL
INDUSTRIAL
HIGHWAY

P.O. Box 49070,
SAN JOSE, CA 95161
408-286-2800

Bill To:
HENSEL PHELPS CONSTRUCTION
3333 PENNSY DRIVE
HYATTSVILLE, MD 20785

Invoice No: 119303
Contractor License: 142881-C10

Customer Number: 60098

Description: MARRIOTT MARQUIS
BILL THROUGH 8/17/2014

| Customer PO | Job No. | Job Name | Project Manager | Division | Invoice Date |
|---|---|---|---|---|---|
| 2010064-160025 0 | 511004 | MARRIOTT MARQUIS-901 MASS AVE | Underkoffler, Craig Michael | 31 | 08/22/2014 |

| Line # | Description | Amount | Tax | Line Amount |
|---|---|---|---|---|
| 1 | 1 Labor | $269,407.31 | $0.00 | $269,407.31 |
| | 2 Material | $103,580.84 | $0.00 | $103,580.84 |
| | 3 Equipment | $11,150.99 | $0.00 | $11,150.99 |
| | 4 Miscellaneous | $7,695.79 | $0.00 | $7,695.79 |
| | 5 OH&P | $48,274.06 | $0.00 | $48,274.06 |
| | | Less Retention | | $0.00 |
| | | Subtotal | | $440,108.99 |
| | | Total Amount Due | | $440,108.99 |

e all checks payable to: Rosendin Electric, Inc P.O. Box 49070, SAN JOSE, CA 95161
ou have any questions concerning this invoice please call 408-286-2800

XL02526

Rosendin Electric, Inc

Cost Plus Report - Labor Total by Employee

01/01/2006 TO 08/17/2014

08/21/2014

b    511004        MARRIOTT MARQUIS-901 MASS AVE

| Emp Name | Job Title | ST Hrs | OT Hrs | DT Hrs | ST Wages | Prem Wages | Gross Wages | Ins | Taxes | Fringe | Total Cost | Total Rat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adams, Jef | 26.FM V...Metro | 0.00 | 8.00 | 8.00 | 793.60 | 595.20 | 1,388.80 | 68.00 | 106.72 | 271.93 | 1,835.45 | 114. |
| Bellison, | 26.JM...Metro | 12.00 | 0.00 | 0.00 | 499.20 | 0.00 | 499.20 | 29.67 | 75.23 | 182.79 | 786.89 | 65. |
| Boyd, Robe | 26.JR...Metro | 0.00 | 20.00 | 8.00 | 1,164.80 | 748.00 | 1,913.60 | 36.35 | 146.39 | 455.72 | 2,612.06 | 93. |
| Calderon, | 26 | 72.00 | 16.00 | 8.00 | 2,698.56 | 449.76 | 3,148.32 | 163.25 | 240.85 | 936.86 | 4,489.28 | 46. |
| | RES.RM...Metro | | | | | | | | | | | |
| Callaway, | 26.AP 60...Metro | 64.00 | 0.00 | 0.00 | 1,597.44 | 0.00 | 1,597.44 | 94.32 | 240.73 | 600.56 | 2,533.05 | 39. |
| Coleman, D | 26.FM I...Metro | 0.00 | 18.00 | 8.00 | 1,107.60 | 724.20 | 1,831.80 | 92.18 | 140.13 | 675.30 | 7,489.41 | 95. |
| Coleman, D | 26.FM III...Metro | 24.00 | 1.50 | 0.00 | 1,162.80 | 34.20 | 1,197.00 | 69.10 | 31.56 | 393.73 | 1,751.39 | 68. |
| Connors, G | 26.FM V...Metro | 0.00 | 8.00 | 0.00 | 412.80 | 206.40 | 619.20 | 33.98 | 47.43 | 133.03 | 833.84 | 104. |
| Davis, Chr | 26.FM II...Metro | 56.00 | 0.00 | 0.00 | 2,497.60 | 0.00 | 2,497.60 | 148.50 | 376.38 | 959.53 | 3,982.01 | 69. |
| Davis, Chr | 26.JW...Metro | 44.00 | 11.00 | 0.00 | 2,288.00 | 228.80 | 2,516.80 | 135.99 | 375.27 | 846.74 | 3,878.80 | 70. |
| Dinatale, | 26.AP 47...Metro | 98.00 | 0.00 | 0.00 | 1,876.80 | 0.00 | 1,876.80 | 111.54 | 282.62 | 616.36 | 2,887.72 | 30. |
| Driegranuk | 26.AP 60...Metro | 140.00 | 72.00 | 85.00 | 7,413.12 | 3,020.16 | 10,433.28 | 440.67 | 1,383.74 | 2,904.68 | 15,162.37 | 51. |
| Fixor, Bri | 26 RES.RM...Metro | 5.00 | 0.00 | 0.00 | 135.55 | 0.00 | 135.55 | 7.98 | 20.37 | 47.69 | 201.59 | 40. |
| Gaines, Ri | 26.FM I...Metro | 204.00 | 28.00 | 0.00 | 9,883.20 | 596.40 | 10,479.60 | 275.30 | 1,294.38 | 3,566.25 | 15,615.61 | 67. |
| Gardner, J | 26 RES.R 5...Metro | 4.00 | 0.00 | 0.00 | 70.48 | 0.00 | 70.48 | 4.16 | 10.61 | 28.26 | 114.31 | 28. |
| l, Eric | 26 RES.R 8...Metro | 40.00 | 14.00 | 0.00 | 1,271.26 | 151.83 | 1,323.09 | 0.00 | 200.44 | 409.64 | 1,933.17 | 35.8 |
| iC, L | 26.FM II...Metro | 40.00 | 0.00 | 0.00 | 1,784.00 | 0.00 | 1,784.00 | 106.08 | 136.48 | 613.95 | 2,640.51 | 66.0 |
| an, J | 26.JW...Metro | 66.00 | 31.00 | 17.00 | 5,882.40 | 1,677.00 | 7,559.40 | 367.48 | 580.60 | 1,846.33 | 10,353.81 | 90.8 |
| .n, Ra | 26 RES.R 3...Metro | 176.00 | 57.50 | 13.00 | 3,675.33 | 622.50 | 4,297.83 | 0.00 | 651.09 | 3,690.94 | 6,639.86 | 26.9 |
| Jackson, W | 26.JW...Metro | 0.00 | 10.00 | 8.00 | 748.80 | 540.80 | 1,289.60 | 62.62 | 194.34 | 295.28 | 1,841.84 | 102.3 |
| Jones, Wil | 26.JW...Metro | 260.00 | 65.50 | 18.00 | 17,037.60 | 2,517.20 | 19,554.80 | 524.88 | 1,764.40 | 5,437.37 | 27,281.65 | 79.4 |
| Joseph, Lu | 26.JW...Metro | 0.00 | 8.00 | 0.00 | 332.80 | 166.40 | 499.20 | 25.97 | 75.11 | 128.35 | 728.63 | 91.0 |
| Kear, Amos | 26.JW...Metro | 240.00 | 56.00 | 16.00 | 12,979.20 | 1,830.40 | 14,809.60 | 385.79 | 1,347.60 | 4,823.96 | 21,367.03 | 68.4 |
| Lindsay, R | 26.FM IV...Metro | 56.00 | 0.00 | 0.00 | 2,609.60 | 0.00 | 2,609.60 | 155.16 | 393.27 | 863.94 | 4,021.99 | 71.8 |
| Lindsay, R | 26.JW...Metro | 44.00 | 11.00 | 0.00 | 2,620.80 | 561.60 | 3,182.40 | 155.78 | 479.58 | 981.58 | 4,799.34 | 76.1 |
| Long, Davi | 26.AP 50...Metro | 121.00 | 0.00 | 0.00 | 3,020.16 | 0.00 | 3,020.16 | 179.45 | 455.13 | 1,135.43 | 4,790.17 | 39.5 |
| Mcgee, Aus | 26 RES.R 1...Metro | 0.00 | 10.00 | 10.00 | 244.00 | 183.00 | 427.00 | 20.32 | 64.35 | 140.26 | 651.93 | 32.6 |
| Mcgee, Mar | 26.JW...Metro | 8.00 | 42.00 | 34.00 | 4,334.40 | 2,838.00 | 7,172.40 | 0.00 | 469.81 | 1,422.96 | 9,065.17 | 107.9 |
| Milton, An | 26.FM I...Metro | 0.00 | 8.00 | 0.00 | 340.80 | 170.40 | 511.20 | 27.63 | 39.10 | 128.82 | 706.75 | 88.3 |
| Mitchell, | 26.FM I...Metro | 112.00 | 23.00 | 0.00 | 5,751.00 | 489.90 | 6,240.90 | 352.70 | 477.43 | 2,080.74 | 9,151.77 | 67.7 |
| Mobley, Ju | 26.AP 60...Metro | 112.00 | 29.50 | 0.00 | 3,731.52 | 567.84 | 4,299.36 | 222.71 | 647.81 | 1,425.04 | 6,595.02 | 44.1 |
| Moraitis J | 26.FM V...Metro | 58.00 | 24.00 | 10.00 | 4,747.20 | 1,135.20 | 5,882.40 | 293.70 | 432.01 | 1,481.53 | 8,109.64 | 83.1 |
| Macgall, J | 26.AP 80...Metro | 20.00 | 0.00 | 0.00 | 665.60 | 0.00 | 665.60 | 39.54 | 100.30 | 194.17 | 999.61 | 49.9 |
| Peyton, Ju | 26.AP 45...Metro | 140.00 | 16.00 | 5.00 | 3,013.92 | 243.36 | 3,257.28 | 179.03 | 490.87 | 1,038.29 | 4,965.47 | 30.8 |
| Reba, Stev | 26.FM I...Metro | 60.00 | 36.00 | 12.00 | 4,440.28 | 1,694.12 | 6,134.40 | 288.74 | 469.28 | 1,709.13 | 8,601.55 | 79.6 |
| Reba, Stev | 26.JW...Metro | 80.00 | 40.00 | 47.00 | 6,842.70 | 3,058.10 | 9,900.80 | 422.94 | 1,343.01 | 2,659.03 | 14,325.78 | 85.7 |
| Rector, Br | 26.FM I...Metro | 0.00 | 0.00 | 5.00 | 2,363.80 | 401.40 | 2,765.20 | 140.50 | 436.72 | 829.15 | 4,151.57 | 78.3 |
| Rivas, Ism | 26 RES.RM...Metro | 208.00 | 31.00 | 16.00 | 6,913.05 | 853.97 | 7,767.02 | 188.53 | 725.25 | 2,465.34 | 11,136.14 | 43.6 |
| Romanelli, | 26.AP 47...Metro | 336.00 | 24.00 | 10.00 | 3,323.50 | 430.10 | 3,753.60 | 195.92 | 563.83 | 1,108.61 | 5,621.96 | 33.0 |
| Shaffer, G | 26 RES.R RM...Metro | 6.50 | 0.00 | 0.00 | 140.99 | 0.00 | 140.99 | 8.38 | 10.79 | 48.61 | 208.77 | 32.1 |
| Shelley, J | 26.FM I...Metro | 0.00 | 8.00 | 0.00 | 340.80 | 170.40 | 511.20 | 28.05 | 39.11 | 128.82 | 707.18 | 88.4 |
| Shifflett, | 26.FM V...Metro | 31.00 | 16.00 | 0.00 | 1,301.28 | 216.08 | 1,518.16 | 77.36 | 228.84 | 466.24 | 2,290.60 | 47.7 |
| Smith, Dav | 26.JW...Metro | 56.00 | 0.00 | 5.00 | 2,870.40 | 374.40 | 3,244.80 | 170.66 | 489.00 | 1,065.64 | 4,970.10 | 72.0 |
| Slenckan, | 26.AP 45...Metro | 108.00 | 10.00 | 0.00 | 2,208.96 | 93.60 | 2,302.56 | 130.17 | 346.99 | 757.67 | 3,537.39 | 29.3 |
| Tucker, Sh | 26.AP 50...Metro | 100.00 | 12.00 | 0.00 | 2,329.60 | 124.80 | 2,454.40 | 137.90 | 369.86 | 1,037.65 | 3,999.81 | 35.7 |
| Wilson, Al | 26.JW...Metro | 120.00 | 44.50 | 8.00 | 7,693.50 | 1,349.15 | 9,042.65 | 465.51 | 691.75 | 2,700.36 | 12,900.27 | 74.7 |
| Wright, Je | 26 RES.RM...Metro | 48.00 | 38.00 | 6.00 | 2,494.12 | 677.75 | 3,171.87 | 152.39 | 477.99 | 903.88 | 4,706.13 | 51.1 |

XL02528

Cost Plus Report - Labor Total by Employee
01/01/2006 TO 08/17/2014

| Emp Name | Job Title | ST Hrs | OT Hrs | DT Hrs | ST Wages | Prem Wages | Gross Wages | Ins | Taxes | Fringes | Total Cost | Total Rat |
|----------|-----------|--------|--------|--------|----------|------------|-------------|-----|-------|---------|------------|-----------|
| Butt, Ryan | 26.AP 50...Metro | 133.00 | 32.50 | 8.00 | 3,588.00 | 504.80 | 4,092.40 | 213.22 | 616.73 | 1,610.37 | 6,532.72 | 37.1 |
| | Project Total | 3,340.50 | 856.00 | 381.00 | 155,142.92 | 30,248.42 | 185,391.34 | 7,450.30 | 20,625.86 | 55,899.91 | 269,407.31 | 58. |

XL02529

# Exhibit F

## (Rosendin's Re-Bill for Labor Costs for Invoice # 3)



ROSENDIN ELECTRIC

T & M
DESIGN/BUILD
COMMERCIAL
INDUSTRIAL
HIGHWAY

P.O. Box 49070,
SAN JOSE, CA 95161
408-286-2800

**Bill To:**
HENSEL PHELPS CONSTRUCTION
3333 PENNSY DRIVE
HYATTSVILLE, MD 20785

Invoice No: 124834
Contractor License: 142881-C10

Customer Number: 60098

Description: MARRIOTT MARQUIS
December Billing

| Customer PO | Job No. | Job Name | Project Manager | Division | Invoice Date |
|---|---|---|---|---|---|
| 2010064-160025 0 | 511004 | MARRIOTT MARQUIS-901 MASS AVE | Mueller, John | 31 | 01/23/2015 |

| Line # | Description | Amount | Tax | Line Amount |
|---|---|---|---|---|
| 1 | | | | |
| | 1 Labor | $202,426.43 | $0.00 | $202,426.43 |
| | 2 Equipment | $5,331.52 | $0.00 | $5,331.52 |
| | 3 Material | $484,121.21 | $0.00 | $484,121.21 |
| | 4 Misc. | $29,256.40 | $0.00 | $29,256.40 |
| | 5 OH&P 12% | $86,536.27 | $0.00 | $86,536.27 |
| | | **Less Retention** | | $0.00 |
| | | **Subtotal** | | $807,671.83 |
| | **Total Amount Due** | | | $807,671.83 |

Make all checks payable to: **Rosendin Electric, Inc P.O. Box 49070, SAN JOSE, CA 95161**
If you have any questions concerning this invoice please call 408-286-2800

**XL 08034**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | GRAYBAR | 2625 | 511004-2076 | 11/10/2014 | 975800480 | $396.97 |
| 1 | GRAYBAR | 2625 | 511004-2076 | 11/14/2014 | 975899828 | $1,499.11 |
| 1 | G TECH CONTRACTING, LLC | 309102 | 511004-309102-1 | 11/15/2014 | 511004-1-1102 | $40,920.00 |
| 1 | MAURICE ELECTRICAL SUPPLY | 305109 | 511004-2078 | 11/17/2014 | S102746018.001 | $625.81 |
| 1 | GRAYBAR | 2625 | 511004-2077 | 11/18/2014 | 975950164 | $210.55 |
| 1 | GRAYBAR | 2625 | 511004-2073 | 11/19/2014 | 975974612 | $0.00 |
| 1 | FEDERAL EXPRESS CORP | 2230 | | 11/21/2014 | 2-852-53232 | $25.97 |
| 1 | COMMUNICATIONS ENGINEERING, INC | 309184 | 511004-309184-1 | 11/26/2014 | 511004-1- | $1,896.20 |
| 1 | G TECH CONTRACTING, LLC | 309102 | 511004-309102-1 | 12/3/2014 | 511004-1-1105 | $35,578.00 |
| 1 | Valley (temp disc this month until recons) | | | | | ($50,000.00) |
| 1 | AVI Invoice #1 (resolving with sub) | | | | | $114,641.41 |
| 1 | SPL/AVI Magenta equip invoice | | | | | $93,795.49 |
| | | | | | Total | $672,890.52 |

Previous billed        $188,769.31
Amt this bill          $484,121.21

LABOR
--------------

| Task | Employee Name | Employee# | Job Title | Date | Hours | Amount |
|---|---|---|---|---|---|---|
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/1/2014 | 4 | $287.66 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/2/2014 | 8 | $575.34 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/3/2014 | 8 | $575.34 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/7/2014 | 10 | $775.41 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/7/2014 | 10 | $672.09 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/7/2014 | 8 | $592.59 |
| 1 | Moraitis Jr, George | 64865 | F.26.FM V...Metro | 7/7/2014 | 10 | $434.24 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/7/2014 | 10 | $668.23 |
| 1 | Shaffer, Garry Steven Jr | 65088 | F.26 RES.R 8...Metro | 7/7/2014 | 2.5 | $80.31 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/8/2014 | 10 | $668.23 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/8/2014 | 10 | $775.41 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/8/2014 | 10 | $672.09 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/8/2014 | 10 | $434.24 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/9/2014 | 10 | $668.23 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/9/2014 | 10 | $775.43 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/9/2014 | 6 | $672.09 |
| 1 | Moraitis Jr, George | 64865 | F.26.FM V...Metro | 7/9/2014 | 9 | $504.89 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/9/2014 | 8 | $378.12 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/10/2014 | 8 | $534.58 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/10/2014 | 8 | $573.84 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/10/2014 | 8 | $498.70 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/11/2014 | 8 | $321.98 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/11/2014 | 8 | $573.83 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/11/2014 | 4 | $498.66 |
| 1 | Moraitis Jr, George | 64865 | F.26.FM V...Metro | 7/14/2014 | 8 | $296.30 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/14/2014 | 8 | $570.26 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/15/2014 | 4 | $496.05 |
| 1 | Bellison, Christopher K | 64404 | F.26.JW...Metro | 7/15/2014 | 8 | $262.30 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/15/2014 | 8 | $570.26 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/15/2014 | 4 | $496.05 |
| 1 | Shaffer, Garry Steven Jr | 65088 | F.26 RES.R 8...Metro | 7/16/2014 | 8 | $128.46 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/16/2014 | 8 | $570.26 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | | | $496.05 |

**XL 08038**

| | Name | Number | Code | Date | Qty | Amount |
|---|---|---|---|---|---|---|
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/17/2014 | 10 | $718.24 |
| 1 | Hall, Eric Lashawn | 62299 | F.26 RES.R 8...Metro | 7/17/2014 | 10 | $350.34 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 7/17/2014 | 10 | $257.05 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/17/2014 | 10 | $770.50 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/17/2014 | 10 | $668.46 |
| 1 | Mcgee, Mark A | 64895 | F.26.FM V...Metro | 7/17/2014 | 7 | $555.86 |
| 1 | Moraitis Jr, George | 64865 | F.26.FM V...Metro | 7/17/2014 | 10 | $796.07 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/17/2014 | 10 | $431.72 |
| 1 | Romanelli, Anthony John | 66252 | F.26.AP 47...Metro | 7/17/2014 | 8 | $238.52 |
| 1 | Bellison, Christopher K | 66404 | F.26.JW...Metro | 7/18/2014 | 8 | $524.59 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/18/2014 | 10 | $718.22 |
| 1 | Hall, Eric Lashawn | 62299 | F.26 RES.R 8...Metro | 7/18/2014 | 10 | $350.34 |
| 1 | Hileman, Joel D | 62752 | F.26.JW...Metro | 7/18/2014 | 7 | $607.50 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 7/18/2014 | 10 | $257.01 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/18/2014 | 10 | $770.50 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/18/2014 | 10 | $668.47 |
| 1 | Moraitis Jr, George | 64865 | F.26.FM V...Metro | 7/18/2014 | 10 | $796.05 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/18/2014 | 10 | $431.73 |
| 1 | Romanelli, Anthony John | 66252 | F.26.AP 47...Metro | 7/18/2014 | 10 | $322.30 |
| 1 | Boyd, Robert | 59472 | F.26.JW...Metro | 7/19/2014 | 10 | $865.91 |
| 1 | Calderon, Luis E | 65859 | F.26 RES.RWII...Metro | 7/19/2014 | 10 | $577.93 |
| 1 | Coleman, Derrick Lamont | 65860 | F.26.FM I...Metro | 7/19/2014 | 10 | $879.94 |
| 1 | Connors, Glen Allen | 62151 | F.26.FM V...Metro | 7/19/2014 | 8 | $833.84 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/19/2014 | 10 | $929.98 |
| 1 | Hall, Eric Lashawn | 62299 | F.26 RES.R 8...Metro | 7/19/2014 | 10 | $453.63 |
| 1 | Hileman, Joel D | 62752 | F.26.JW...Metro | 7/19/2014 | 11 | $1,144.03 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 7/19/2014 | 10 | $328.06 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/19/2014 | 10 | $1,001.19 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/19/2014 | 10 | $862.03 |
| 1 | Mcgee, Austin James | 66210 | F.26 RES.R 1...Metro | 7/19/2014 | 10 | $288.22 |
| 1 | Mcgee, Mark A | 64895 | F.26.FM V...Metro | 7/19/2014 | 10 | $999.73 |
| 1 | Mitchell, Robin Kay | 62491 | F.26.FM I...Metro | 7/19/2014 | 10 | $883.45 |
| 1 | Moraitis Jr, George | 64865 | F.26.FM V...Metro | 7/19/2014 | 10 | $1,036.09 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/19/2014 | 10 | $557.89 |
| 1 | Romanelli, Anthony John | 66252 | F.26.AP 47...Metro | 7/19/2014 | 10 | $418.93 |
| 1 | Shelley, John Fitzgerald | 66194 | F.26.FM I...Metro | 7/19/2014 | 8 | $707.18 |
| 1 | Coleman, Derrick Lamont | 65860 | F.26.FM I...Metro | 7/20/2014 | 8 | $902.30 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 7/20/2014 | 8 | $333.46 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/20/2014 | 10 | $1,289.56 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/20/2014 | 8 | $883.23 |
| 1 | Mcgee, Austin James | 66210 | F.26 RES.R 1...Metro | 7/20/2014 | 10 | $363.71 |
| 1 | Mcgee, Mark A | 64895 | F.26.FM V...Metro | 7/20/2014 | 10 | $1,287.59 |
| 1 | Moraitis Jr, George | 64865 | F.26.FM V...Metro | 7/20/2014 | 10 | $1,336.06 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/20/2014 | 8 | $572.44 |
| 1 | Romanelli, Anthony John | 66252 | F.26.AP 47...Metro | 7/20/2014 | 10 | $539.69 |
| 1 | Calderon, Luis E | 65859 | F.26 RES.RWIII...Metro | 7/21/2014 | 12 | $561.72 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/21/2014 | 8 | $527.41 |
| 1 | Hall, Eric Lashawn | 62299 | F.26 RES.R 8...Metro | 7/21/2014 | 8 | $259.63 |
| 1 | Hileman, Joel D | 62752 | F.26.JW...Metro | 7/21/2014 | 13 | $1,104.95 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 7/21/2014 | 8 | $191.45 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/21/2014 | 8 | $573.45 |

**XL 08039**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/21/2014 | 8 | $498.37 |
| 1 | Reba, Steven Brian | 59385 | F.26.JW...Metro | 7/21/2014 | 12 | $880.85 |
| 1 | Rector, Brandon Scott | 66446 | F.26.FM II...Metro | 7/21/2014 | 8 | $551.48 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/21/2014 | 8 | $321.67 |
| 1 | Tiencken, Christopher Jason | 66435 | F.26.AP 45...Metro | 7/21/2014 | 8 | $232.34 |
| 1 | Tucker, Shane A | 66434 | F.26.AP 50...Metro | 7/21/2014 | 8 | $275.14 |
| 1 | Calderon, Luis E | 65859 | F.26 RES.RWIII...Metro | 7/22/2014 | 8 | $330.67 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/22/2014 | 8 | $527.41 |
| 1 | Hall, Eric Lashawn | 62299 | F.26 RES.R 8...Metro | 7/22/2014 | 8 | $259.63 |
| 1 | Hileman, Joel D | 62752 | F.26.JW...Metro | 7/22/2014 | 12 | $1,001.54 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 7/22/2014 | 8 | $191.45 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/22/2014 | 8 | $573.45 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/22/2014 | 8 | $498.37 |
| 1 | Reba, Steven Brian | 59385 | F.26.JW...Metro | 7/22/2014 | 12 | $880.85 |
| 1 | Rector, Brandon Scott | 66446 | F.26.FM II...Metro | 7/22/2014 | 8 | $551.48 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/22/2014 | 8 | $321.67 |
| 1 | Shifflett, Thomas Daniel | 62685 | F.26 RES.RWI...Metro | 7/22/2014 | 12 | $572.65 |
| 1 | Tiencken, Christopher Jason | 66435 | F.26.AP 45...Metro | 7/22/2014 | 8 | $232.34 |
| 1 | Tucker, Shane A | 66434 | F.26.AP 50...Metro | 7/22/2014 | 8 | $275.14 |
| 1 | Calderon, Luis E | 65859 | F.26 RES.RWIII...Metro | 7/23/2014 | 8 | $330.67 |
| 1 | Fizer, Brian E | 63065 | F.26 RES.RWI...Metro | 7/23/2014 | 2 | $80.60 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/23/2014 | 8 | $527.41 |
| 1 | Hall, Eric Lashawn | 62299 | F.26 RES.R 8...Metro | 7/23/2014 | 8 | $259.60 |
| 1 | Hileman, Joel D | 62752 | F.26.JW...Metro | 7/23/2014 | 4 | $293.92 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 7/23/2014 | 8 | $191.45 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/23/2014 | 8 | $573.45 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/23/2014 | 8 | $498.37 |
| 1 | Mcgee, Mark A | 64895 | F.26.FM V...Metro | 7/23/2014 | 3 | $213.55 |
| 1 | Moraitis Jr, George | 64865 | F.26.FM V...Metro | 7/23/2014 | 6 | $441.40 |
| 1 | Naegeli, Johnathan William | 66541 | F.26.AP 80...Metro | 7/23/2014 | 4 | $199.90 |
| 1 | Reba, Steven Brian | 59385 | F.26.JW...Metro | 7/23/2014 | 12 | $880.85 |
| 1 | Rector, Brandon Scott | 66446 | F.26.FM II...Metro | 7/23/2014 | 8 | $551.48 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/23/2014 | 8 | $321.67 |
| 1 | Romanelli, Anthony John | 66252 | F.26.AP 47...Metro | 7/23/2014 | 8 | $240.64 |
| 1 | Shifflett, Thomas Daniel | 62685 | F.26 RES.RWI...Metro | 7/23/2014 | 12 | $572.65 |
| 1 | Tiencken, Christopher Jason | 66435 | F.26.AP 45...Metro | 7/23/2014 | 8 | $232.34 |
| 1 | Zatt, Ryan Matthew | 66536 | F.26.AP 50...Metro | 7/23/2014 | 4 | $137.58 |
| 1 | Callaway, Michael Stephen | 66544 | F.26.AP 60...Metro | 7/24/2014 | 8 | $316.71 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/24/2014 | 8 | $527.41 |
| 1 | Hileman, Joel D | 62752 | F.26.JW...Metro | 7/24/2014 | 2 | $206.84 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 7/24/2014 | 8 | $191.45 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/24/2014 | 8 | $573.45 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/24/2014 | 8 | $498.37 |
| 1 | Long, David Thomas | 66540 | F.26.AP 60...Metro | 7/24/2014 | 8 | $316.71 |
| 1 | Mobley, Justin James | 66539 | F.26.AP 60...Metro | 7/24/2014 | 8 | $314.74 |
| 1 | Naegeli, Johnathan William | 66541 | F.26.AP 80...Metro | 7/24/2014 | 8 | $399.85 |
| 1 | Reba, Steven Brian | 59385 | F.26.JW...Metro | 7/24/2014 | 12 | $880.85 |
| 1 | Rector, Brandon Scott | 66446 | F.26.FM II...Metro | 7/24/2014 | 8 | $551.48 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/24/2014 | 8 | $321.67 |
| 1 | Shifflett, Thomas Daniel | 62685 | F.26 RES.RWI...Metro | 7/24/2014 | 12 | $572.65 |
| 1 | Smith, David Joseph Jr | 66542 | F.26.JW...Metro | 7/24/2014 | 8 | $519.90 |

XL 08040

| | | | | | |
|---|---|---|---|---|---|
| 1 | Tiencken, Christopher Jason | 66435 | F.26.AP 45...Metro | 7/24/2014 | 8 | $232.34 |
| 1 | Tucker, Shane A | 66434 | F.26.AP 50...Metro | 7/24/2014 | 8 | $275.14 |
| 1 | Zatt, Ryan Matthew | 66536 | F.26.AP 50...Metro | 7/24/2014 | 8 | $275.13 |
| 1 | Calderon, Luis E | 65859 | F.26 RES.RWIII...Metro | 7/25/2014 | 8 | $330.69 |
| 1 | Callaway, Michael Stephen | 66544 | F.26.AP 60...Metro | 7/25/2014 | 8 | $316.71 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/25/2014 | 8 | $527.42 |
| 1 | Hileman, Joel D | 62752 | F.26.JW...Metro | 7/25/2014 | 6 | $440.92 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 7/25/2014 | 8 | $191.40 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/25/2014 | 8 | $573.46 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/25/2014 | 8 | $498.41 |
| 1 | Long, David Thomas | 66540 | F.26.AP 60...Metro | 7/25/2014 | 8 | $316.69 |
| 1 | Moraitis Jr, George | 64865 | F.26.FM V...Metro | 7/25/2014 | 5 | $367.84 |
| 1 | Naegeli, Johnathan William | 66541 | F.26.AP 80...Metro | 7/25/2014 | 8 | $399.86 |
| 1 | Reba, Steven Brian | 59385 | F.26.JW...Metro | 7/25/2014 | 12 | $880.90 |
| 1 | Rector, Brandon Scott | 66446 | F.26.FM II...Metro | 7/25/2014 | 8 | $551.52 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/25/2014 | 8 | $321.67 |
| 1 | Shifflett, Thomas Daniel | 62685 | F.26 RES.RWI...Metro | 7/25/2014 | 12 | $572.65 |
| 1 | Smith, David Joseph Jr | 66542 | F.26.JW...Metro | 7/25/2014 | 8 | $519.92 |
| 1 | Tiencken, Christopher Jason | 66435 | F.26.AP 45...Metro | 7/25/2014 | 8 | $232.36 |
| 1 | Tucker, Shane A | 66434 | F.26.AP 50...Metro | 7/25/2014 | 8 | $275.11 |
| 1 | Zatt, Ryan Matthew | 66536 | F.26.AP 50...Metro | 7/25/2014 | 8 | $275.13 |
| 1 | Coleman, Derrick Lamont | 65860 | F.26.FM I...Metro | 7/26/2014 | 8 | $707.17 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/26/2014 | 8 | $736.67 |
| 1 | Hileman, Joel D | 62752 | F.26.JW...Metro | 7/26/2014 | 6 | $800.14 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 7/26/2014 | 8 | $262.46 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/26/2014 | 8 | $805.76 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/26/2014 | 8 | $693.13 |
| 1 | Mobley, Justin James | 66539 | F.26.AP 60...Metro | 7/26/2014 | 8 | $438.45 |
| 1 | Moraitis Jr, George | 64865 | F.26.FM V...Metro | 7/26/2014 | 8 | $828.35 |
| 1 | Reba, Steven Brian | 59385 | F.26.JW...Metro | 7/26/2014 | 12 | $1,393.37 |
| 1 | Rector, Brandon Scott | 66446 | F.26.FM II...Metro | 7/26/2014 | 8 | $772.80 |
| 1 | Romanelli, Anthony John | 66252 | F.26.AP 47...Metro | 7/26/2014 | 8 | $240.62 |
| 1 | Smith, David Joseph Jr | 66542 | F.26.JW...Metro | 7/26/2014 | 8 | $725.42 |
| 1 | Wilson, Altiman Philmuir | 65947 | F.26.JW...Metro | 7/26/2014 | 8 | $735.26 |
| 1 | Wright, Jeffrey Reginald | 66551 | F.26 RES.RWI...Metro | 7/26/2014 | 8 | $467.72 |
| 1 | Zatt, Ryan Matthew | 66536 | F.26.AP 50...Metro | 7/26/2014 | 8 | $275.12 |
| 1 | Hileman, Joel D | 62752 | F.26.JW...Metro | 7/27/2014 | 6 | $800.13 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 7/27/2014 | 5 | $208.39 |
| 1 | Reba, Steven Brian | 59385 | F.26.JW...Metro | 7/27/2014 | 12 | $1,393.36 |
| 1 | Rector, Brandon Scott | 66446 | F.26.FM II...Metro | 7/27/2014 | 5 | $621.33 |
| 1 | Smith, David Joseph Jr | 66542 | F.26.JW...Metro | 7/27/2014 | 5 | $581.84 |
| 1 | Tiencken, Christopher Jason | 66435 | F.26.AP 45...Metro | 7/27/2014 | 14 | $428.89 |
| 1 | Tucker, Shane A | 66434 | F.26.AP 50...Metro | 7/27/2014 | 24 | $973.89 |
| 1 | Calderon, Luis E | 65859 | F.26 RES.RWIII...Metro | 7/28/2014 | 8 | $330.02 |
| 1 | Callaway, Michael Stephen | 66544 | F.26.AP 60...Metro | 7/28/2014 | 8 | $316.72 |
| 1 | Davis, Christopher K | 66552 | F.26.JW...Metro | 7/28/2014 | 8 | $522.67 |
| 1 | Dziegrenuk, Nicholas M | 66574 | F.26.AP 60...Metro | 7/28/2014 | 12 | $531.37 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/28/2014 | 8 | $498.92 |
| 1 | Hambric, Larry B | 64860 | F.26.FM II...Metro | 7/28/2014 | 8 | $528.09 |
| 1 | Hileman, Joel D | 62752 | F.26.JW...Metro | 7/28/2014 | 5 | $368.48 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 7/28/2014 | 8 | $191.44 |

**XL 08041**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/28/2014 | 8 | $563.16 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/28/2014 | 8 | $489.77 |
| 1 | Lindsay, Richard L Jr | 66577 | F.26.JW...Metro | 7/28/2014 | 8 | $520.91 |
| 1 | Long, David Thomas | 66540 | F.26.AP 60...Metro | 7/28/2014 | 8 | $316.72 |
| 1 | Mobley, Justin James | 66539 | F.26.AP 60...Metro | 7/28/2014 | 8 | $314.47 |
| 1 | Peyton, Justin Curtis | 66573 | F.26.AP 45...Metro | 7/28/2014 | 8 | $231.66 |
| 1 | Reba, Steven Brian | 59385 | F.26.JW...Metro | 7/28/2014 | 12 | $903.97 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/28/2014 | 8 | $316.06 |
| 1 | Romanelli, Anthony John | 66252 | F.26.AP 47...Metro | 7/28/2014 | 8 | $238.89 |
| 1 | Smith, David Joseph Jr | 66542 | F.26.JW...Metro | 7/28/2014 | 8 | $524.60 |
| 1 | Tiencken, Christopher Jason | 66435 | F.26.AP 45...Metro | 7/28/2014 | 8 | $231.66 |
| 1 | Tucker, Shane A | 66434 | F.26.AP 50...Metro | 7/28/2014 | 8 | $275.14 |
| 1 | Wilson, Altiman Philmuir | 65947 | F.26.JW...Metro | 7/28/2014 | 8 | $523.77 |
| 1 | Wright, Jeffrey Reginald | 66551 | F.26 RES.RWI...Metro | 7/28/2014 | 8 | $336.33 |
| 1 | Zatt, Ryan Matthew | 66536 | F.26.AP 50...Metro | 7/28/2014 | 8 | $273.15 |
| 1 | Calderon, Luis E | 65859 | F.26 RES.RWIII...Metro | 7/29/2014 | 8 | $330.02 |
| 1 | Callaway, Michael Stephen | 66544 | F.26.AP 60...Metro | 7/29/2014 | 8 | $316.72 |
| 1 | Davis, Christopher K | 66552 | F.26.JW...Metro | 7/29/2014 | 8 | $522.67 |
| 1 | Dinatale, Joseph John III | 66587 | F.26.AP 47...Metro | 7/29/2014 | 8 | $240.65 |
| 1 | Dziegrenuk, Nicholas M | 66574 | F.26.AP 60...Metro | 7/29/2014 | 12 | $531.37 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/29/2014 | 8 | $498.92 |
| 1 | Hambric, Larry B | 64860 | F.26.FM II...Metro | 7/29/2014 | 8 | $528.09 |
| 1 | Hileman, Joel D | 62752 | F.26.JW...Metro | 7/29/2014 | 7 | $575.94 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 7/29/2014 | 8 | $191.44 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/29/2014 | 8 | $563.16 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/29/2014 | 8 | $489.77 |
| 1 | Lindsay, Richard L Jr | 66577 | F.26.JW...Metro | 7/29/2014 | 8 | $520.91 |
| 1 | Long, David Thomas | 66540 | F.26.AP 60...Metro | 7/29/2014 | 8 | $316.72 |
| 1 | Mitchell, Robin Kay | 62491 | F.26.FM I...Metro | 7/29/2014 | 8 | $507.74 |
| 1 | Mobley, Justin James | 66539 | F.26.AP 60...Metro | 7/29/2014 | 8 | $314.47 |
| 1 | Peyton, Justin Curtis | 66573 | F.26.AP 45...Metro | 7/29/2014 | 8 | $231.66 |
| 1 | Reba, Steven Brian | 59385 | F.26.JW...Metro | 7/29/2014 | 12 | $903.97 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/29/2014 | 8 | $316.06 |
| 1 | Romanelli, Anthony John | 66252 | F.26.AP 47...Metro | 7/29/2014 | 8 | $238.89 |
| 1 | Smith, David Joseph Jr | 66542 | F.26.JW...Metro | 7/29/2014 | 8 | $524.60 |
| 1 | Tiencken, Christopher Jason | 66435 | F.26.AP 45...Metro | 7/29/2014 | 8 | $231.66 |
| 1 | Tucker, Shane A | 66434 | F.26.AP 50...Metro | 7/29/2014 | 8 | $275.14 |
| 1 | Wilson, Altiman Philmuir | 65947 | F.26.JW...Metro | 7/29/2014 | 8 | $523.77 |
| 1 | Wright, Jeffrey Reginald | 66551 | F.26 RES.RWI...Metro | 7/29/2014 | 8 | $336.33 |
| 1 | Zatt, Ryan Matthew | 66536 | F.26.AP 50...Metro | 7/29/2014 | 8 | $273.15 |
| 1 | Calderon, Luis E | 65859 | F.26 RES.RWIII...Metro | 7/30/2014 | 8 | $330.02 |
| 1 | Callaway, Michael Stephen | 66544 | F.26.AP 60...Metro | 7/30/2014 | 8 | $316.72 |
| 1 | Davis, Christopher K | 66552 | F.26.JW...Metro | 7/30/2014 | 8 | $522.67 |
| 1 | Dinatale, Joseph John III | 66587 | F.26.AP 47...Metro | 7/30/2014 | 8 | $240.65 |
| 1 | Dziegrenuk, Nicholas M | 66574 | F.26.AP 60...Metro | 7/30/2014 | 12 | $531.37 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/30/2014 | 9.5 | $629.05 |
| 1 | Hambric, Larry B | 64860 | F.26.FM II...Metro | 7/30/2014 | 8 | $528.09 |
| 1 | Hileman, Joel D | 62752 | F.26.JW...Metro | 7/30/2014 | 6 | $442.18 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 7/30/2014 | 8 | $191.44 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/30/2014 | 9.5 | $711.35 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/30/2014 | 9.5 | $617.32 |

XL 08042

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Lindsay, Richard L Jr | 66577 | F.26.JW...Metro | 7/30/2014 | 8 | $520.91 |
| 1 | Long, David Thomas | 66540 | F.26.AP 60...Metro | 7/30/2014 | 8 | $316.72 |
| 1 | Mitchell, Robin Kay | 62491 | F.26.FM I...Metro | 7/30/2014 | 8 | $507.74 |
| 1 | Mobley, Justin James | 66539 | F.26.AP 60...Metro | 7/30/2014 | 8 | $314.47 |
| 1 | Peyton, Justin Curtis | 66573 | F.26.AP 45...Metro | 7/30/2014 | 8 | $231.66 |
| 1 | Reba, Steven Brian | 59385 | F.26.JW...Metro | 7/30/2014 | 12 | $903.97 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/30/2014 | 8 | $316.06 |
| 1 | Romanelli, Anthony John | 66252 | F.26.AP 47...Metro | 7/30/2014 | 8 | $238.89 |
| 1 | Smith, David Joseph Jr | 66542 | F.26.JW...Metro | 7/30/2014 | 8 | $524.60 |
| 1 | Tiencken, Christopher Jason | 66435 | F.26.AP 45...Metro | 7/30/2014 | 8 | $231.66 |
| 1 | Tucker, Shane A | 66434 | F.26.AP 50...Metro | 7/30/2014 | 8 | $275.14 |
| 1 | Wilson, Altiman Philmuir | 65947 | F.26.JW...Metro | 7/30/2014 | 9.5 | $660.89 |
| 1 | Wright, Jeffrey Reginald | 66551 | F.26 RES.RWI...Metro | 7/30/2014 | 8 | $336.33 |
| 1 | Zatt, Ryan Matthew | 66536 | F.26.AP 50...Metro | 7/30/2014 | 9.5 | $343.68 |
| 1 | Calderon, Luis E | 65859 | F.26 RES.RWIII...Metro | 7/31/2014 | 8 | $330.02 |
| 1 | Callaway, Michael Stephen | 66544 | F.26.AP 60...Metro | 7/31/2014 | 8 | $316.72 |
| 1 | Davis, Christopher K | 66552 | F.26.JW...Metro | 7/31/2014 | 9.5 | $659.48 |
| 1 | Dinatale, Joseph John III | 66587 | F.26.AP 47...Metro | 7/31/2014 | 8 | $240.65 |
| 1 | Dziegrenuk, Nicholas M | 66574 | F.26.AP 60...Metro | 7/31/2014 | 12 | $531.37 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 7/31/2014 | 9.5 | $629.05 |
| 1 | Hambric, Larry B | 64860 | F.26.FM II...Metro | 7/31/2014 | 8 | $528.09 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 7/31/2014 | 8 | $191.44 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 7/31/2014 | 11 | $859.54 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 7/31/2014 | 9.5 | $617.32 |
| 1 | Lindsay, Richard L Jr | 66577 | F.26.JW...Metro | 7/31/2014 | 9.5 | $657.23 |
| 1 | Long, David Thomas | 66540 | F.26.AP 60...Metro | 7/31/2014 | 8 | $316.72 |
| 1 | Mitchell, Robin Kay | 62491 | F.26.FM I...Metro | 7/31/2014 | 8 | $507.74 |
| 1 | Mobley, Justin James | 66539 | F.26.AP 60...Metro | 7/31/2014 | 8 | $314.47 |
| 1 | Peyton, Justin Curtis | 66573 | F.26.AP 45...Metro | 7/31/2014 | 8 | $231.66 |
| 1 | Reba, Steven Brian | 59385 | F.26.JW...Metro | 7/31/2014 | 12 | $903.97 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 7/31/2014 | 8 | $316.06 |
| 1 | Romanelli, Anthony John | 66252 | F.26.AP 47...Metro | 7/31/2014 | 8 | $238.89 |
| 1 | Smith, David Joseph Jr | 66542 | F.26.JW...Metro | 7/31/2014 | 8 | $524.60 |
| 1 | Tiencken, Christopher Jason | 66435 | F.26.AP 45...Metro | 7/31/2014 | 8 | $231.66 |
| 1 | Tucker, Shane A | 66434 | F.26.AP 50...Metro | 7/31/2014 | 8 | $275.14 |
| 1 | Wilson, Altiman Philmuir | 65947 | F.26.JW...Metro | 7/31/2014 | 10 | $706.57 |
| 1 | Wright, Jeffrey Reginald | 66551 | F.26 RES.RWI...Metro | 7/31/2014 | 8 | $336.33 |
| 1 | Zatt, Ryan Matthew | 66536 | F.26.AP 50...Metro | 7/31/2014 | 11 | $414.19 |
| 1 | Calderon, Luis E | 65859 | F.26 RES.RWIII...Metro | 8/1/2014 | 10 | $445.33 |
| 1 | Callaway, Michael Stephen | 66544 | F.26.AP 60...Metro | 8/1/2014 | 8 | $316.67 |
| 1 | Davis, Christopher K | 66552 | F.26.JW...Metro | 8/1/2014 | 9.5 | $659.48 |
| 1 | Dinatale, Joseph John III | 66587 | F.26.AP 47...Metro | 8/1/2014 | 8 | $240.60 |
| 1 | Dziegrenuk, Nicholas M | 66574 | F.26.AP 60...Metro | 8/1/2014 | 13 | $601.24 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 8/1/2014 | 9.5 | $629.08 |
| 1 | Hambric, Larry B | 64860 | F.26.FM II...Metro | 8/1/2014 | 8 | $528.15 |
| 1 | Hileman, Joel D | 62752 | F.26.JW...Metro | 8/1/2014 | 3 | $221.05 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 8/1/2014 | 8 | $191.44 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 8/1/2014 | 12 | $958.32 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 8/1/2014 | 12 | $829.89 |
| 1 | Lindsay, Richard L Jr | 66577 | F.26.JW...Metro | 8/1/2014 | 9.5 | $657.25 |
| 1 | Long, David Thomas | 66540 | F.26.AP 60...Metro | 8/1/2014 | 7 | $277.08 |

**XL 08043**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Zatt, Ryan Matthew | 66536 | F.26.AP 50...Metro | 8/3/2014 | 8 | $479.00 |
| 1 | Davis, Christopher K | 66552 | F.26.FM II...Metro | 8/4/2014 | 8 | $554.57 |
| 1 | Dinatale, Joseph John III | 66587 | F.26.AP 47...Metro | 8/4/2014 | 8 | $240.65 |
| 1 | Dziegrenuk, Nicholas M | 66574 | F.26.AP 60...Metro | 8/4/2014 | 12 | $530.97 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 8/4/2014 | 8 | $498.92 |
| 1 | Hileman, Joel D | 62752 | F.26.JW...Metro | 8/4/2014 | 3 | $222.30 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 8/4/2014 | 8 | $191.44 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 8/4/2014 | 8 | $563.25 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 8/4/2014 | 8 | $489.77 |
| 1 | Lindsay, Richard L Jr | 66577 | F.26.FM IV...Metro | 8/4/2014 | 8 | $574.57 |
| 1 | Long, David Thomas | 66540 | F.26.AP 60...Metro | 8/4/2014 | 8 | $316.71 |
| 1 | Mitchell, Robin Kay | 62491 | F.26.FM I...Metro | 8/4/2014 | 8 | $509.30 |
| 1 | Peyton, Justin Curtis | 66573 | F.26.AP 45...Metro | 8/4/2014 | 8 | $232.34 |
| 1 | Reba, Steven Brian | 59385 | F.26.FM I...Metro | 8/4/2014 | 12 | $899.04 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 8/4/2014 | 8 | $316.07 |
| 1 | Romanelli, Anthony John | 66252 | F.26.AP 47...Metro | 8/4/2014 | 8 | $240.65 |
| 1 | Tiencken, Christopher Jason | 66435 | F.26.AP 45...Metro | 8/4/2014 | 8 | $231.81 |
| 1 | Tucker, Shane A | 66434 | F.26.AP 50...Metro | 8/4/2014 | 8 | $274.85 |
| 1 | Wilson, Altiman Philmuir | 65947 | F.26.JW...Metro | 8/4/2014 | 8 | $526.46 |
| 1 | Zatt, Ryan Matthew | 66536 | F.26.AP 50...Metro | 8/5/2014 | 8 | $274.38 |
| 1 | Callaway, Michael Stephen | 66544 | F.26.AP 60...Metro | 8/5/2014 | 8 | $316.08 |
| 1 | Davis, Christopher K | 66552 | F.26.FM II...Metro | 8/5/2014 | 8 | $554.57 |
| 1 | Dinatale, Joseph John III | 66587 | F.26.AP 47...Metro | 8/5/2014 | 8 | $240.65 |
| 1 | Dziegrenuk, Nicholas M | 66574 | F.26.AP 60...Metro | 8/5/2014 | 12 | $530.97 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 8/5/2014 | 8 | $498.92 |
| 1 | Hileman, Joel D | 62752 | F.26.JW...Metro | 8/5/2014 | 2 | $208.69 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 8/5/2014 | 8 | $191.44 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 8/5/2014 | 8 | $563.25 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 8/5/2014 | 8 | $489.77 |
| 1 | Lindsay, Richard L Jr | 66577 | F.26.FM IV...Metro | 8/5/2014 | 8 | $574.57 |
| 1 | Long, David Thomas | 66540 | F.26.AP 60...Metro | 8/5/2014 | 8 | $316.71 |
| 1 | Mitchell, Robin Kay | 62491 | F.26.FM I...Metro | 8/5/2014 | 8 | $509.30 |
| 1 | Mobley, Justin James | 66539 | F.26.AP 60...Metro | 8/5/2014 | 8 | $316.71 |
| 1 | Peyton, Justin Curtis | 66573 | F.26.AP 45...Metro | 8/5/2014 | 8 | $232.34 |
| 1 | Reba, Steven Brian | 59385 | F.26.FM I...Metro | 8/5/2014 | 12 | $899.04 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 8/5/2014 | 8 | $316.07 |
| 1 | Romanelli, Anthony John | 66252 | F.26.AP 47...Metro | 8/5/2014 | 8 | $240.65 |
| 1 | Tiencken, Christopher Jason | 66435 | F.26.AP 45...Metro | 8/5/2014 | 8 | $231.81 |
| 1 | Tucker, Shane A | 66434 | F.26.AP 50...Metro | 8/5/2014 | 8 | $274.85 |
| 1 | Wilson, Altiman Philmuir | 65947 | F.26.JW...Metro | 8/5/2014 | 8 | $526.46 |
| 1 | Zatt, Ryan Matthew | 66536 | F.26.AP 50...Metro | 8/5/2014 | 8 | $274.38 |
| 1 | Davis, Christopher K | 66552 | F.26.FM II...Metro | 8/6/2014 | 8 | $554.57 |
| 1 | Dinatale, Joseph John III | 66587 | F.26.AP 47...Metro | 8/6/2014 | 8 | $240.65 |
| 1 | Dziegrenuk, Nicholas M | 66574 | F.26.AP 60...Metro | 8/6/2014 | 12 | $530.97 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 8/6/2014 | 8 | $498.92 |
| 1 | Hileman, Joel D | 62752 | F.26.JW...Metro | 8/6/2014 | 4 | $296.39 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 8/6/2014 | 13 | $355.47 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 8/6/2014 | 8 | $563.25 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 8/6/2014 | 8 | $489.77 |
| 1 | Lindsay, Richard L Jr | 66577 | F.26.FM IV...Metro | 8/6/2014 | 8 | $574.57 |
| 1 | Long, David Thomas | 66540 | F.26.AP 60...Metro | 8/6/2014 | 8 | $316.71 |

**XL 08045**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Mitchell, Robin Kay | 62491 | F.26.FM I...Metro | 8/6/2014 | 8 | $509.30 |
| 1 | Mobley, Justin James | 66539 | F.26.AP 60...Metro | 8/6/2014 | 8 | $316.69 |
| 1 | Peyton, Justin Curtis | 66573 | F.26.AP 45...Metro | 8/6/2014 | 8 | $232.34 |
| 1 | Reba, Steven Brian | 59385 | F.26.FM I...Metro | 8/6/2014 | 12 | $899.04 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 8/6/2014 | 8 | $316.07 |
| 1 | Romanelli, Anthony John | 66252 | F.26.AP 47...Metro | 8/6/2014 | 8 | $240.65 |
| 1 | Wilson, Altiman Philmuir | 65947 | F.26.JW...Metro | 8/6/2014 | 8 | $526.46 |
| 1 | Zatt, Ryan Matthew | 66536 | F.26.AP 50...Metro | 8/6/2014 | 8 | $274.38 |
| 1 | Davis, Christopher K | 66552 | F.26.FM II...Metro | 8/7/2014 | 8 | $554.57 |
| 1 | Dinatale, Joseph John III | 66587 | F.26.AP 47...Metro | 8/7/2014 | 8 | $240.65 |
| 1 | Dziegrenuk, Nicholas M | 66574 | F.26.AP 60...Metro | 8/7/2014 | 12 | $530.97 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 8/7/2014 | 8 | $498.92 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 8/7/2014 | 13 | $355.47 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 8/7/2014 | 8 | $563.25 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 8/7/2014 | 8 | $489.77 |
| 1 | Lindsay, Richard L Jr | 66577 | F.26.FM IV...Metro | 8/7/2014 | 8 | $574.57 |
| 1 | Long, David Thomas | 66540 | F.26.AP 60...Metro | 8/7/2014 | 8 | $316.71 |
| 1 | Mitchell, Robin Kay | 62491 | F.26.FM I...Metro | 8/7/2014 | 8 | $509.30 |
| 1 | Moraitis Jr, George | 64865 | F.26.FM V...Metro | 8/7/2014 | 3 | $222.79 |
| 1 | Peyton, Justin Curtis | 66573 | F.26.AP 45...Metro | 8/7/2014 | 8 | $232.34 |
| 1 | Reba, Steven Brian | 59385 | F.26.FM I...Metro | 8/7/2014 | 12 | $899.06 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 8/7/2014 | 8 | $316.07 |
| 1 | Wilson, Altiman Philmuir | 65947 | F.26.JW...Metro | 8/7/2014 | 8 | $526.46 |
| 1 | Zatt, Ryan Matthew | 66536 | F.26.AP 50...Metro | 8/7/2014 | 8 | $274.38 |
| 1 | Davis, Christopher K | 66552 | F.26.FM II...Metro | 8/8/2014 | 8 | $554.61 |
| 1 | Dinatale, Joseph John III | 66587 | F.26.AP 47...Metro | 8/8/2014 | 8 | $240.64 |
| 1 | Dziegrenuk, Nicholas M | 66574 | F.26.AP 60...Metro | 8/8/2014 | 12 | $530.99 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 8/8/2014 | 8 | $498.94 |
| 1 | Hileman, Joel D | 62752 | F.26.JW...Metro | 8/8/2014 | 2 | $148.21 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 8/8/2014 | 10 | $257.05 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 8/8/2014 | 8 | $563.28 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 8/8/2014 | 8 | $489.78 |
| 1 | Lindsay, Richard L Jr | 66577 | F.26.FM IV...Metro | 8/8/2014 | 8 | $574.57 |
| 1 | Long, David Thomas | 66540 | F.26.AP 60...Metro | 8/8/2014 | 8 | $316.70 |
| 1 | Mitchell, Robin Kay | 62491 | F.26.FM I...Metro | 8/8/2014 | 8 | $509.33 |
| 1 | Peyton, Justin Curtis | 66573 | F.26.AP 45...Metro | 8/8/2014 | 8 | $232.35 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 8/8/2014 | 8 | $316.03 |
| 1 | Romanelli, Anthony John | 66252 | F.26.AP 47...Metro | 8/8/2014 | 8 | $240.60 |
| 1 | Wilson, Altiman Philmuir | 65947 | F.26.JW...Metro | 8/8/2014 | 8 | $526.48 |
| 1 | Wright, Jeffrey Reginald | 66551 | F.26 RES.RWI...Metro | 8/8/2014 | 12 | $705.80 |
| 1 | Zatt, Ryan Matthew | 66536 | F.26.AP 50...Metro | 8/8/2014 | 8 | $274.35 |
| 1 | Dziegrenuk, Nicholas M | 66574 | F.26.AP 60...Metro | 8/9/2014 | 12 | $838.16 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 8/9/2014 | 8 | $790.46 |
| 1 | Wilson, Altiman Philmuir | 65947 | F.26.JW...Metro | 8/9/2014 | 8 | $735.26 |
| 1 | Wright, Jeffrey Reginald | 66551 | F.26 RES.RWI...Metro | 8/9/2014 | 6 | $352.93 |
| 1 | Zatt, Ryan Matthew | 66536 | F.26.AP 50...Metro | 8/9/2014 | 8 | $377.93 |
| 1 | Dziegrenuk, Nicholas M | 66574 | F.26.AP 60...Metro | 8/10/2014 | 12 | $838.15 |
| 1 | Mcgee, Mark A | 64895 | F.26.FM V...Metro | 8/10/2014 | 12 | $1,545.10 |
| 1 | Mobley, Justin James | 66539 | F.26.AP 60...Metro | 8/10/2014 | 8 | $316.67 |
| 1 | Wright, Jeffrey Reginald | 66551 | F.26 RES.RWI...Metro | 8/10/2014 | 14 | $792.28 |
| 1 | Zatt, Ryan Matthew | 66536 | F.26.AP 50...Metro | | 0 | $98.99 |

**XL 08046**

| | Name | Number | Code | Date | Hrs | Amount |
|---|---|---|---|---|---|---|
| 1 | Coleman, Derrick Lamont | 65860 | F.26.FM III...Metro | 8/11/2014 | 8 | $536.87 |
| 1 | Davis, Christopher K | 66552 | F.26.FM II...Metro | 8/11/2014 | 8 | $554.56 |
| 1 | Dziegrenuk, Nicholas M | 66574 | F.26.AP 60...Metro | 8/11/2014 | 12 | $509.51 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 8/11/2014 | 8 | $498.92 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 8/11/2014 | 8 | $191.45 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 8/11/2014 | 8 | $560.79 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 8/11/2014 | 8 | $489.77 |
| 1 | Lindsay, Richard L Jr | 66577 | F.26.FM IV...Metro | 8/11/2014 | 8 | $574.57 |
| 1 | Long, David Thomas | 66540 | F.26.AP 60...Metro | 8/11/2014 | 8 | $316.71 |
| 1 | Mcgee, Mark A | 64895 | F.26.FM V...Metro | 8/11/2014 | 12 | $1,161.35 |
| 1 | Mitchell, Robin Kay | 62491 | F.26.FM I...Metro | 8/11/2014 | 8 | $508.24 |
| 1 | Mobley, Justin James | 66539 | F.26.AP 60...Metro | 8/11/2014 | 8 | $315.68 |
| 1 | Moraitis Jr, George | 64865 | F.26.FM V...Metro | 8/11/2014 | 2 | $148.53 |
| 1 | Peyton, Justin Curtis | 66573 | F.26.AP 45...Metro | 8/11/2014 | 8 | $232.33 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 8/11/2014 | 8 | $316.06 |
| 1 | Wilson, Altiman Philmuir | 65947 | F.26.JW...Metro | 8/11/2014 | 8 | $526.03 |
| 1 | Zatt, Ryan Matthew | 66536 | F.26.AP 50...Metro | 8/11/2014 | 8 | $275.14 |
| 1 | Coleman, Derrick Lamont | 65860 | F.26.FM III...Metro | 8/12/2014 | 9.5 | $677.68 |
| 1 | Davis, Christopher K | 66552 | F.26.FM II...Metro | 8/12/2014 | 8 | $554.56 |
| 1 | Dziegrenuk, Nicholas M | 66574 | F.26.AP 60...Metro | 8/12/2014 | 12 | $509.51 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 8/12/2014 | 8 | $498.92 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 8/12/2014 | 8 | $191.45 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 8/12/2014 | 9.5 | $708.33 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 8/12/2014 | 9.5 | $617.32 |
| 1 | Lindsay, Richard L Jr | 66577 | F.26.FM IV...Metro | 8/12/2014 | 8 | $574.57 |
| 1 | Long, David Thomas | 66540 | F.26.AP 60...Metro | 8/12/2014 | 8 | $316.71 |
| 1 | Mcgee, Mark A | 64895 | F.26.FM V...Metro | 8/12/2014 | 12 | $1,272.22 |
| 1 | Mitchell, Robin Kay | 62491 | F.26.FM I...Metro | 8/12/2014 | 8 | $508.24 |
| 1 | Mobley, Justin James | 66539 | F.26.AP 60...Metro | 8/12/2014 | 8 | $315.68 |
| 1 | Peyton, Justin Curtis | 66573 | F.26.AP 45...Metro | 8/12/2014 | 8 | $232.33 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 8/12/2014 | 8 | $316.06 |
| 1 | Romanelli, Anthony John | 66252 | F.26.AP 47...Metro | 8/12/2014 | 8 | $240.20 |
| 1 | Wilson, Altiman Philmuir | 65947 | F.26.JW...Metro | 8/12/2014 | 9.5 | $663.78 |
| 1 | Zatt, Ryan Matthew | 66536 | F.26.AP 50...Metro | 8/12/2014 | 8 | $275.14 |
| 1 | Coleman, Derrick Lamont | 65860 | F.26.FM III...Metro | 8/13/2014 | 8 | $536.84 |
| 1 | Dinatale, Joseph John III | 66587 | F.26.AP 47...Metro | 8/13/2014 | 8 | $240.65 |
| 1 | Dziegrenuk, Nicholas M | 66574 | F.26.AP 60...Metro | 8/13/2014 | 12 | $509.51 |
| 1 | Gaines, Riley Lee Jr | 66311 | F.26.FM I...Metro | 8/13/2014 | 8 | $498.92 |
| 1 | Hileman, Joel D | 62752 | F.26.JW...Metro | 8/13/2014 | 8 | $591.63 |
| 1 | Holman, Rashaun Javier | 62865 | F.26 RES.R 3...Metro | 8/13/2014 | 13 | $355.48 |
| 1 | Jones, William Lyle | 65747 | F.26.JW...Metro | 8/13/2014 | 8 | $560.79 |
| 1 | Kear, Amos Tarway Sr | 65959 | F.26.JW...Metro | 8/13/2014 | 8 | $489.77 |
| 1 | Long, David Thomas | 66540 | F.26.AP 60...Metro | 8/13/2014 | 8 | $316.71 |
| 1 | Mitchell, Robin Kay | 62491 | F.26.FM I...Metro | 8/13/2014 | 8 | $508.24 |
| 1 | Mobley, Justin James | 66539 | F.26.AP 60...Metro | 8/13/2014 | 8 | $315.68 |
| 1 | Moraitis Jr, George | 64865 | F.26.FM V...Metro | 8/13/2014 | 6 | $445.60 |
| 1 | Peyton, Justin Curtis | 66573 | F.26.AP 45...Metro | 8/13/2014 | 8 | $232.33 |
| 1 | Reba, Steven Brian | 59385 | F.26.FM I...Metro | 8/13/2014 | 12 | $894.39 |
| 1 | Rivas, Ismael | 65920 | F.26 RES.RWI...Metro | 8/13/2014 | 8 | $316.06 |
| 1 | Romanelli, Anthony John | 66252 | F.26.AP 47...Metro | 8/13/2014 | 8 | $240.20 |
| 1 | Wilson, Altiman Philmuir | 65947 | F.26.JW...Metro | | 8 | $526.03 |

XL 08047

# Exhibit G

**(Harrington Report and Supporting Documentation for "Direct Costs" Claim)**

voltage work which validates the use of a 50 percent factor for the drywall and paint costs included in the Hensel Phelps claim.

Rosendin Electric performed significant work to complete and correct Truland's work including the low voltage work of Paige and Paige subcontractors. A total of $2,539,148 or 79 percent of the $3,197,465 total of Rosendin's work for Truland was low voltage work. Based on the amount of low voltage rework performed by Rosendin, $700,557 is a conservative and reasonable estimate of the additional corrective costs incurred related to the low voltage work performed by Paige and its subcontractors and further validation that a 50 percent allocation of the drywall, paint and tile corrective costs to low voltage work is a reasonable and conservative allocation.

Invoices from Rosendin vendors identified the work performed. The total amount of many of those was wholly attributable to low voltage work. The total of Rosendin vendors was $1,401,524. The total associated with low voltage work was $1,148,506 or 82 percent. This is additional validation that a 50 percent allocation is reasonable. Paige is responsible for any costs incurred to correct its work.

2) **Direct Costs of Rework.** The additional cost of $20,483 includes the removal and replacement of finishes including millwork and stone to accommodate rework along with the removal and re-installation of furniture for data testing. These costs were listed in Hensel Phelps "Explanation of Change" for Sections 2.4, 4.2, 4.4, 11.2, and 11.7 of its July 10, 2015 updated claim for additional costs. For example, Hensel Phelps noted in its "Explanation of Change" for Section 11.7 that "Low Voltage certification testing was not performed after cable installation". This necessitated a contractor "to come into the rooms, remove the furniture from the clips on the wall, and return to reinstall after the testing was complete." Paige is responsible for any costs incurred as a result of Paige's inability to timely complete its work.

17

Marriott Marquis, Washington DC
Truland Systems Corporation

**Section 2.4 - Millwork Backcharges for TSC**

| Company | Description | Cost | | Notes |
|---|---|---|---|---|
| Beaubois CO # 10 | Relocated Tech Panel in M4-010 | $ | 1,358 | This occurred after Beaubois had installed the millwork and required new panels to be fabricated and installed. |
| Beaubois CO # 10 | Replaced Canopy Panel for M4-027 | $ | 2,382 | The panels in canopy above M4-027 were removed by TSC to access the FA devices. These panels were subsequently lost and therefore needed to be replaced. |
| Beaubois CO # 10 | Removal & Replacement of Millwork for Electrician | $ | 5,630 | Truland needed access behind finished millwork which required Beaubois to remove and replace finished work at the lobby bar. |
| Beaubois CO # 10 | Removal & Replacement of Millwork for Electrician | $ | 2,080 | Truland needed access behind finished millwork which required Beaubois to remove and replace finished work at the lobby reception desk. |
| | | | | |
| | | | | |
| | | | | |
| | | $ | 11,450 | |

**Explanation of Change:**

The above Beaubois millwork costs are for T&M items specifically for Truland.

XL02088



| | QUOTATION | C-5075-051 |

| | Date | 2014/01/31 |
| Client | Hensel Phelps Construction CO. | TEL: 202.717.8420 |
| Project | Mariott Marquis ConventionCenter | FAX: 202.717.8649 |
| Address | | |
| Section: | | |
| ATT: | Aislinn Smith | |
| Subject | M4-010 Panels needed dur to tech panel relocated | |

The subcontractor shall perform work and will furnish all labours, services, equipment, tools, scaffolds, appliances, materials, (fasteners, screws, glue, nails, shim etc..) and other items necessary to provide a professional fabrication and installation of :

M4-010 New panels needed due to tech panel relocated

weeks fabrication lead time or as otherwise noted

ice valid 30 days or as otherwise noted

PROJECTMANAGER : Gagne, Donald

one : 418.228.5104/ Cell : 418.222.4807

x : 418.228.3524

| | | | Total: | 1358.30$ |

| B. ON SITE: | ☑Yes  ☐No | | SUPPLY ONLY | ☐ |
| ivery: | 3 weeks | | SUPPLY AND INSTALL | ☑ |
| ment terms: | Per contract document | | | |

-Georges: 521 6e Avenue, Ville de Saint-Georges, Beauce, Qc G5Y 0H1 Tel:(418)228-5104 Fax:(418)228-3524.

XL02091



2/2

| QUOTATION | C-5075-065 |
|---|---|

**Date :** 2014/05/09
**Request :** Field request

**PROJECT**  Marriott Marquis Convention Center
**DESCRIPTION**  New canopy panels for M4-027 (first set have been remove and thrown away)

## SUPPLY

| | | | | | |
|---|---|---|---|---|---:|
| Materials | | | | | 276.50 $ |
| Others materials (shop) | | | | | 0.00 $ |
| Shop labour | $ | 45.25 /HR | X | 24.00 | 1086.00 $ |
| Shop labour Crew chief | $ | 56.00 /HR | X | 2.00 | 112.00 $ |
| Shipping | | | | | 450.00 $ |
| Inspection, packaging for shipping | $ | 45.25 /HR | X | 2.00 | 90.50 $ |
| Wrapping material | $ | 1000.00 /HR | X | | 0.00 $ |
| Shop drawing | $ | 45.25 /HR | X | | 0.00 $ |
| Cutting sheet | $ | 45.25 /HR | X | 4.00 | 181.00 $ |
| Estimation / Estimating | $ | 45.25 /HR | X | 1.00 | 45.25 $ |
| Materials receiving | | | | | 0.00 $ |
| Autres / Others | | | | | 0.00 $ |
| | **SUB-TOTAL:** | **SUPPLY** | | | 2241.25 $ |
| | Overhead | 5.00 | | | 112.06 $ |
| | Profit | 0.00 | | | 0.00 $ |
| | **TOTAL:** | **SUPPLY** | | | 2353.31 $ |

## INSTALL

| | | | | | |
|---|---|---|---|---|---:|
| Carpenter | $ | 65.00 /HR | X | 0.00 | 0.00 $ |
| Carpenter (time and half) | $ | 97.50 /HR | X | | 0.00 $ |
| Carpenter (double time) | $ | /HR | X | | 0.00 $ |
| Crew chief | $ | 75.00 /HR | X | 0.00 | 0.00 $ |
| Crew chief (time and half) | $ | 112.50 /HR | X | | 0.00 $ |
| Crew chief (double time) | $ | /HR | X | | 0.00 $ |
| Superintendant | $ | 94.00 /HR | X | 0.00 | 0.00 $ |
| Superintendant (time and half) | $ | /HR | X | | 0.00 $ |
| Superintendant (double time) | $ | /HR | X | | 0.00 $ |
| Tools | | | | | 0.00 $ |
| On-Site receiving, handling and distribution | $ | 65.00 /HR | X | 0.00 | 0.00 $ |
| Autres / Others | | | | | 0.00 $ |
| | **SUB-TOTAL:** | **INSTALL** | | | 0.00 $ |
| | Overhead | 5.00 | | | 0.00 $ |
| | Profit | 0.00 | | | 0.00 $ |
| | **TOTAL:** | **INSTALL** | | | 0.00 $ |

| | | | |
|---|---|---|---:|
| **TOTAL SUPPLY AND INSTALL** | | | 2353.31 $ |
| | | 0.00 | 0.00 |
| | TAXES | 0.00 | 0.00 $ |
| | Bond | 1.25 | 29.42 $ |
| | **TOTAL** | | 2382.73 $ |

XL02094

1/2

| **QUOTATION** | C-5075-733 |
|---|---|

Date : 2014/05/09

Request :

| | | | |
|---|---|---|---|
| **Client** | Hensel Phelps Construction CO. | **TEL:** | 202.717.8420 |
| **Project** | Mariott Marquis ConventionCenter | **FAX:** | 202.717.8649 |
| **Address** | | | |
| **Section:** | | | |
| **ATT:** | Aislinn Smith | | |
| **Subject** | Field tickets #2479, 2487, 2488, 2489, 3174 and 3175 | | |

The subcontractor shall perform work and will furnish all labours, services, equipment, tools, scaffolds, appliances, materials, (fasteners, screws, glue, nails, shim etc..) and other items necessary to provide a professional fabrication and nstallat

Field tickets #2479, 2487, 2488, 2489, 3174 and 3175

Material is for ticket #2487

**Truland  - Ticket #2479 Only - $5,630**

**Price valid 30 days or as otherwise noted**
PROJECTMANAGER : Gagne, Donald
Phone : 418.228.5104 / Cell : 418.222.4807
Fax : 418.228.3524

| | | |
|---|---|---|
| | **Total:** | 37867.18 $ |

| | | | | |
|---|---|---|---|---|
| **F.O.B. ON SITE:** | ☑Yes ☐No | | **SUPPLY ONLY** | ☐ |
| **Delivery:** | - | | **SUPPLY AND INSTALL** | ☑ |
| **ayment terms:** | Per contract document | | | |

**Saint-Georges: 521 6e Avenue, Ville de Saint-Georges, Beauce, Qc G5Y 0H1 Tel:(418)228-5104 Fax:(418)228-3524.**

XL02095

1/2



| QUOTATION | C-5075-735 |
|---|---|

**Date :** 2014/05/09

**Request :** Field tickets #4575, 4580, 4581, 2478

| **Client** | Hensel Phelps Construction CO. | **TEL:** 202.717.8420 |
|---|---|---|
| **Project** | Mariott Marquis Convention Center | **FAX:** 202.717.8649 |
| **Address** | | |
| **Section:** | | |
| **ATT:** | Aislinn Smith | |
| **Subject** | Field tickets #4575, 4580, 4581, 2478 | |

The subcontractor shall perform work and will furnish all labours, services, equipment, tools, scaffolds, appliances, materials, (fasteners, screws, glue, nails, shim etc..) and other items necessary to provide a professional fabrication and nstallat

Field tickets #4575, 4580, 4581, 2478

Material is for ticket #4580 and 4581


**Truland Portion - Ticket #4575 Only - $2,080**


Price valid **30 days** or as otherwise noted
PROJECT MANAGER : Gagne, Donald
Phone : 418.228.5104 / Cell : 418.222.4807
Fax : 418.228.3524

| | **Total:** | 7618.62 $ |
|---|---|---|

| F.O.B. ON SITE: | ☑Yes  ☐No | SUPPLY ONLY | ☐ |
|---|---|---|---|
| Delivery: | - | SUPPLY AND INSTALL | ☑ |
| Payment terms: | Per contract document | | |

**Saint-Georges: 521 6e Avenue, Ville de Saint-Georges, Beauce, Qc G5Y 0H1 Tel:(418)228-5104 Fax:(418)228-3524.**

XL02098

Marriott Marquis, Washington DC
Truland Systems Corporation

Section 4.2 - 10th Floor Granite Stone Remove & Re-Install

| Company | Description | Cost | Notes |
|---|---|---|---|
| Lorton | 10th Floor Remove & Re-Install Granite Stone | $ 2,172 | |
| Lorton | 10th Floor Remove & Re-Install Granite Stone (Ticket 12034) | $ 571 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | $ 2,743 | |

**Explanation of Change:**

Truland did not install the necessary electrical homeruns for the planter lights that are installed in the planter stone on the 10th Floor roof.  These costs are associated with Lorton having to remove the stone so Truland could install the homeruns for planter wall lights and then re-install the store.

XL02149



**LORTON** STONE, LLC

7544 Fullerton Court
Springfield, VA 22153
Ph : 703.923.9440

## Change Request

To: Skipper, Brian
Hensel Phelps Construction Co.
929 L Street, NW
Washington, DC 20001
Ph: 703-828-3200

Number: 50
Date: 5/20/14
Job: 11-109  Marriott Marquis
Phone:

**Description:**    10th floor granite work - tickets 12060 & 12059

We are pleased to offer the following specifications and pricing to make the following changes:
See attached.

The total amount to provide this work is ...........................................................................................    $2,172.00

If you have any questions, please contact me at (703)923-9440.

Submitted by:  Lizarraga, Michael
Lorton Stone, LLC.

Approved by: _____
Date: _____

Cc:

**XL02151**

Page 1 of 1



**LORTON STONE, LLC**

7544 Fullerton Court
Springfield, VA 22153
Ph : 703.923.9440

## Change Request

To: Skipper, Brian
Hensel Phelps Construction Co.
929 L Street, NW
Washington, DC 20001
Ph: 703-828-3200

Number: 43
Date: 5/13/14
Job: 11-109 Marriott Marquis
Phone:

Description:   Ticket 12034 2nd flr lobby remove stone at glass & 10th flr remove stone for electrical

We are pleased to offer the following specifications and pricing to make the following changes:

See attached price breakdown and ~~Ticket 12034 2nd flr lobby remove stone at glass & 10th flr remove stone for electrical~~

The total amount to provide this work is ............................................................   ~~$1,142.13~~

50% - $571

Please note that Lorton Stone, LLC will require an extra 1 day.

If you have any questions, please contact me at (703)923-9440.

Submitted by:  Lizarraga, Michael
Lorton Stone, LLC.

Cc:

Approved by: _____
Date: _____

XL02155

Marriott Marquis, Washington DC
Truland Systems Corporation

**Section 4.4 - Cut Electrical box openings at AFL Entry**

| Company | Description | Cost | Notes |
|---|---|---|---|
| Lorton | Cut Electrical Box Openings at AFL Entry | $       1,260 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | $       1,260 | |

**Explanation of Change:**

Truland did not install the necessary electrical homeruns for the planter lights that are installed in the planter stone at the AFL entry.  These costs are associated with Lorton having to remove the stone so Truland could install the homeruns for planter wall lights and then cut in the electrical box openings.

XL02165

 **LORTON**
STONE, LLC

7544 Fullerton Court
Springfield, VA 22153
Ph : 703.923.9440

## Change Request

To: Skipper, Brian
Hensel Phelps Construction Co.
929 L Street, NW
Washington, DC 20001
Ph: 703-828-3200

Number: 54
Date: 5/20/14
Job: 11-109 Marriott Marquis
Phone:

**Description:** Cut electrical box openings

We are pleased to offer the following specifications and pricing to make the following changes:

See attached.

The total amount to provide this work is .................................................................................. $1,260.00

If you have any questions, please contact me at (703)923-9440.

Submitted by: Lizarraga, Michael
Lorton Stone, LLC.

Approved by: _____
Date: _____

Cc:

**XL02166**

Page 1 of 1

Marriott Marquis, Washington DC
Truland Systems Corporation

Section 11.2 - Gordon Waterproofing for Electrical Rough-in

| Company | Description | Cost | Notes |
|---------|-------------|------|-------|
| Gordon | Waterproofing for Electrical Rough-in | $ 4,386 | Direct costs to Truland |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | $ 4,386 | |

**Explanation of Change:**

These charges are for the costs associated with the waterproofing patch work required in the planters due to late electrical rough-in.

XL03081

Original bobach
  3

# Change Order

Refer to this No. in all communications

To: GORDON CONTRACTORS, INC.

9010 Edgeworth Drive
Capitol Heights, MD 20743

Attn: Steve Will

| Acct. Contract No. | Job No. | Prime C.O. No. | HPCC C.O. No. | |
|---|---|---|---|---|
| 25171 | 2010064 | N/A | 2010064-0710000 | 011 |

To: Subcontract        Agreement Date: November 06, 2011

Project: Marriott Marquis Washington, DC

The agreement referred to above is hereby modified as set forth below. Excepting only those terms specifically, waived or amended herein, all of the terms, conditions, provisions and covenants of said agreement shall remain in full force and effect. If any portion of this change order is not acceptable, you must furnish us written notification of such non-acceptance at the address designated below within seven (7) days of the date of issue hereof. In the absence of such notice of non-acceptance, your unqualified acceptance of this change order will be deemed conclusive seven (7) days after date of issue hereof.

Budget Adjustment #: 549

## YOUR SCOPE OF WORK HAS BEEN MODIFIED TO INCLUDE THE FOLLOWING:

(Description of the Changes(s) or Modification(s))

1. Gordon Contractors - This change order includes all costs associated with grout injection work due to water infiltration at Levels S3 and S4 at the slurry wall as well as S7 hardscape slab. These costs are inclusive of all labor, material, equipment, taxes, markups, and bond costs. (CE #0911)    ADD..........    $5,169

2. Gordon Contractors - This change order includes all costs associated with torch flashing and applied waterproofing at the AFL Building temporary access CMU Wall build back. These costs include all labor, material, equipment, taxes, fees, and markups. (CE #1246)    ADD..........    $1,202

3. Gordon Contractors - This change order includes all costs associated with installing temporary waterproofing at Level 10 of the AFL Building expansion joint as well as making the tie-in at elevators S1 nd S2 at the canopy gutter downspout. These costs include all labor, material, equipment, taxes, fees, and markups. (CE #1246)    ADD..........    $2,136

4. Gordon Contractors - This change order includes all costs associated with re-installation of Blueskin at the AFL Building planters and Level 2 Planters due to electrical rough-in sequencing. These costs include all labor, material, equipment, taxes, fees, and markups. (CE #1246)    ADD..........    $4,386

(Continued...)

BPJ
HPCC      Subcontractor

XL03082

**GORDON CONTRACTORS, INC.**   [2010064-2010064-0710000-011]   (Page 2 of 2)

[Description of the Changes(s) or Modification(s)]

5. Gordon Contractors - This change order includes all costs associated with furnishing and installation of stainless steel angle pieces to provide an adequate substrate to cover the gap between the underside of the concrete slab and the bottom of the curtainwall units along L Street and Massachusetts Ave. These costs include all labor, material, equipment, delivery, taxes, fees, and markups. (CE #1246)    ADD.......... $13,817

6. Gordon Contractors - This change order includes all costs associated with hardscape wall rebar repairs as described in T&M tickets between 1.13.14 through 3.11.14. These costs include labor, material, equipment, delivery, taxes, fees, and markups. (CE #1246)    ADD.......... $21,470

7. Gordon Contractors - This change order includes all costs associated with replacing approximately 3600 SF of drainboard and rigid insulation due to damage from excavation at the site hardscape slabs. These costs include all labor, material, equipment, delivery, taxes, fees, and markups. (CE #1246)    ADD.......... $15,816

8. Gordon Contractors - This change order includes all costs associated with directed overtime on 2.1.14, 2.2.14, 2.22.14, 2.23.14, 4.5.14, and 4.6.14. These costs include all labor, material, equipment, taxes, fees, and markups. (CE #1246)    ADD.......... $6,768

9. Gordon Contractors - This change order includes all costs associated with furnishing and installing Epoxy primer at helix curbs, epoxy fill at base of helix and xypex helix gutters. These costs include all labor, material, equipment, taxes, fees, and markups. (CE #1246)    ADD.......... $13,141

10. Gordon Contractors - This change order includes all costs associated with re-furnishing disposed traffic coating for the 16th floor. These costs include all labor, material, equipment, taxes, fees, and markups. (CE #1246)    ADD.......... $14,920

11. Gordon Contractors - This change order includes all costs associated with re-installing blueskin in misc. locations through 4/11/14. These costs include all labor, material, equipment, taxes, fees, and markups. (CE #1246)    ADD.......... $12,202

12. Gordon Contractors - This change order includes all costs associated furnishing and installing SS through wall flashing at AFL roof and misc flashing piece for added AVB above curtain wall L10 west roof. These costs include all labor, material, equipment, taxes, fees, and markups. (CE #1246)    ADD.......... $3,758

13. Gordon Contractors - This change order includes all costs associated re-installing traffic coating on M4 due to damage by others. These costs include all labor, material, equipment, taxes, fees, and markups. (CE #1246)    ADD.......... $1,100

The date of Substantial Completion for this Project has not changed.   GORDON CONTRACTORS, INC. for itself and its subcontractors, suppliers, and consultants of any tier hereby agrees that the compensation provided herein is full compensation for all costs, direct and indirect, including, but not limited to, delay, disruption, inefficiencies, acceleration, extended overhead costs and other potential impacts relating to or arising from the extra work, changes and/or events described in this Change Order.

In consideration whereof the contract has been   INCREASED in the amount of . . . . . $115,905
Contract amount prior to this change . . . . . $1,825,674
Adjusted contract amount . . . . . $1,941,579

Accepted Date

GORDON CONTRACTORS, INC.   4/25/14
(Subcontractor or Vendor)   (Date)

By: _____
(Authorized Signature)
Title: PROJECT MANAGER

Return three signed copies promptly to:

**Hensel Phelps Construction Co.**
929 L Street NW
Washington, DC  20001

By: _____
Brandon Johnston - Project Manager
Date of Issue: April 23, 2014

**XL03083**

Marriott Marquis, Washington DC
Truland Systems

**11.7 - Kane Furniture Removal and Reinstall**

| Company | Description | Cost | Notes |
|---|---|---|---|
| Kane | Move Furniture for Low Voltage Testing | $ 4,384 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | $ 4,384 | |

**Explanation of Change:**

Low Voltage certification testing was not performed after cable installation by Truland. Kane needed to come into the rooms, remove the furniture from the clips on the wall, and return to reinstall after the testing was complete.

XL03160

 

**HENSEL PHELPS**
Plan. Build. Manage.

# Change Order

Refer to this No. in all communications

To: Kane 3PL, LLC

    3636 Pennsey Drive
    D-1
    Landover, MD  20785

Attn: Ron Granville

| Acct. Contract No. | Job No. | Prime C.O. No. | HPCC C.O. No. | |
|---|---|---|---|---|
| | 2010064 | N/A | 2010064-1200610 | 006 |

To: Subcontract         Agreement Date: September 28, 2012

Project: Marriott Marquis Washington, DC

The agreement referred to above is hereby modified as set forth below. Excepting only those terms specifically waived or amended herein, all of the terms, conditions, provisions and covenants of said agreement shall remain in full force and effect. If any portion of this change order is not acceptable, you must furnish us written notification of such non-acceptance at the address designated below within seven (7) days of the date of issue hereof. In the absence of such notice of non-acceptance, your unqualified acceptance of this change order will be deemed conclusive seven (7) days after date of issue hereof.

Budget Adjustment #:  519

## YOUR SCOPE OF WORK HAS BEEN MODIFIED TO INCLUDE THE FOLLOWING:

[Description of the Change(s) or Modification(s)]

1.   Kane 3PL - The Subcontractor agrees to all costs associated with cutting glass and upholstery at              ADD..........    $9,112
     headboards as required.  This cost is inclusive of labor, material, mobilizations, taxes, mark-ups and
     fees associated with completing this scope of work.  (CE #1271)

2.   Kane 3PL - The Subcontractor agrees to all costs associated with moving dressers as required for          ADD..........
     coordination with Truland.  This cost is inclusive of all labor, material, mobilizations, taxes, mark-ups
     and fees associated with completing this scope of work.  (CE #1271)

3.   Kane 3PL - The Subcontractor agrees to all costs associated with supplying extra crews for             ADD..........    $27,301
     installation of artwork.  This cost is inclusive of all labor, material, mobilizations, taxes, mark-ups and
     fees associated with completing this scope of work.  (CE #1271)

4.   Kane 3PL - The Subcontractor agrees to all costs associated with the installation of 1,212 Guestroom     ADD..........    $42,420
     televisions at $35 per television.  This cost is inclusive of all labor, material, mobilizations, taxes,
     mark-ups and fees associated with completing this scope of work.  (CE #1271)

(Continued...)

_____      _____
  HPCC          Subcontractor

**XL03161**